UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23556-BLOOM/OTAZO-REYES

ORLANDO N. MONZON CEJAS,

    Plaintiff,

vs.

DOWNRITE ENGINGEERING CORP.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF STRIKING NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Plaintiff, Orlando N. Monzon Cejas, notices the Court and all parties of his striking the Notice of Appearance as Counsel for Plaintiff [ECF No. 7], as having been filed in error with incorrect signature blocks.

Respectfully submitted this 2nd day of November, 2021.

    s/*Toussaint Cummings, Esq.*
    Toussaint Cummings, Esq. (119877)
    toussaint@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Ave
    Coral Gables, FL 33146
    Tel:    305.230.4884
    *Counsel for Plaintiff*