UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23556-BLOOM/OTAZO-REYES

ORLANDO N. MONZON CEJAS,

    Plaintiff,

vs.

DOWNRITE ENGINGEERING CORP.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF STRIKING NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Plaintiff, Orlando N. Monzon Cejas, notices the Court and all parties of his striking the Notice of Appearance as Counsel for Plaintiff [ECF No. 7], as having been filed in error with incorrect signature blocks.

Respectfully submitted this 3rd day of November, 2021.

                                    /s/Brian H. Pollock, Esq.
                                    Brian H. Pollock, Esq. (174742)
                                    brian@fairlawattorney.com
                                    FAIRLAW FIRM
                                    135 San Lorenzo Ave.
                                    Suite 770
                                    Coral Gables, FL 33146
                                    Tel:    305.230.4884
                                    *Counsel for Plaintiff*