UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23556-BLOOM/Otazo-Reyes

ORLANDO N. MONZON CEJAS,

    Plaintiff,

vs.

DOWNRITE ENGINEERING CORP.,

    Defendants.
_____/

## NOTICE OF MEDIATOR SELECTION

Plaintiff, Orlando N. Monzon Cejas, notices the Court that the parties complied with the Court's Order Setting Trial [ECF No. 17] and its Order entered on December 2, 2021 and agreed to utilize Neil Flaxman, Esq.**, as mediator**.

Dated this 22nd day of December 2021.

                                              s/Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq.
                                              Fla. Bar No. 174742
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Ave
                                              Suite 770
                                              Miami, FL 33146
                                              Tel:    305.230.4884
                                              *Counsel for Plaintiff*