Case No. 21-cv-23556-BLOOM/Otazo-Reyes

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-23556-BLOOM/Otazo-Reyes**

ORLANDO N. MONZON CEJAS,

    Plaintiff,

v.

DOWNRITE ENGINEERING CORP.,

    Defendant.

_____/

## ORDER REQUIRING CONTINUED MEDIATION

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On March 9, 2022, the mediator Neil Flaxman filed a Mediation Report, ECF No. [30], indicating that the mediation was adjourned, and that the parties would notify the Court of the continuation date. To date, the parties have not notified the Court of the continuation date.

Accordingly, it is **ORDERED AND ADJUDGED** that **no later than April 4, 2022**, the parties shall **schedule a time, date, and place for a continued mediation** to take place before the mediation deadline on July 26, 2022, and shall jointly **file a notice, and proposed order scheduling continued mediation** via CM/ECF in the form specified on the Court's website, http://www.flsd.uscourts.gov. Pursuant to the procedures outlined in the CM/ECF Administrative Procedures, **the proposed order is also to be emailed to bloom@flsd.uscourts.gov in Word format.**

Case No. 21-cv-23556-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 28, 2022.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record