UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23556-BLOOM/OTAZO-REYES

ORLANDO N. MONZON CEJAS,

    Plaintiff,

vs.

DOWNRITE ENGINGEERING CORP.,

    Defendant.
_____/

**<u>PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF DISCOVERY AND MOTIONS DEADLINES</u>**

Plaintiff, Orlando N. Monzon Cejas, by and through his undersigned counsel, along with Defendant, Downrite Engineering Corp., who does not oppose this motion, request a sixty (60) day extension of time to conduct discovery and file all motions, and states as follows:

1. On December 2, 2021, This Honorable Court issued an Order setting deadlines for the management of this case. [ECF No. 17].

2. Trial is currently set for November 7, 2022, the discovery deadline is July 12, 2022 and the deadline to file all motions is August 3, 2022.

3. Plaintiff's counsel is currently set for trial for a three-week period from June 6, 2022 to June 24, 2022 in Miami-Dade Court Case No. 2019-030098-CA-01. *See* Exhibit A.

4. Additionally, Defense counsel will be out of the office for the majority of July 2022 on a pre-scheduled vacation.

5. Therefore, the months of June and July 2022 are practically unavailable for discovery depositions to occur in this case.

1

6. The parties have already attempted to mediate this case twice on March 25, 2022 (adjourned) and May 2, 2022, but the mediations resulted in impasse.

7. The parties were attempting to hold off on conducting expensive discovery to see if the case could settle at mediation without increasing fees and costs, and to promote early settlement of the case.

8. At this point, the parties have already engaged in initial written discovery.

9. The parties now request an extension of time to two (2) deadlines in this Court's Order at ECF No. 17.

10. First, the parties request an extension of the discovery deadline from July 12, 2022 to September 9, 2022.

11. Second, the parties request an extension for all motions to be filed from August 3, 2022 to October 3, 2022.

12. These extensions will not affect the deadline to submit a joint pre-trial stipulation by October 24, 2022 or the ultimate trial date on November 7, 2022.

13. This Motion is being made in good faith and not for purposes of delay, and neither party will be prejudiced by the Court's granting the extensions sought.

14. A proposed order granting this motion is attached as Exhibit B.

## CERTIFICATE OF CONFERRAL

Pursuant to S.D. Fla. L.R. 7.1, I hereby certify that I contacted Defendant's counsel, Diego-Paolo De Pani, via phone on May 12, 2022, regarding the relief requested in this Motion. Mr. De Pani confirmed that Defendant does not oppose the relief sought herein.

/s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by email on this 12th day of May, 2022 on Diego-Paolo De Pani, Esq., pdepani@downrite.com, *as Counsel for Defendants*, Downrite Engineering Corp., 14241 SW 143rd Ct, Miami, Fl. 33186.

    /s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave.
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Miami, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com