AO 187 (Rev. 7/87) Exhibit and List

.

# United States District Court

### SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| | |
|---|---|
| ORLANDO N. MONZON CEJAS,<br><br>Plaintiff,<br><br>vs.<br><br>DOWNRITE ENGINGEERING CORP.,<br><br>Defendant. | **PLAINTIFF'S TRIAL EXHIBIT LIST WITH DEFENDANT'S OBJECTIONS**<br><br>CASE NO.: 1:21-CV-23556-BLOOM |

| PRESIDING JUDGE<br>HONORABLE<br>BETH BLOOM | PLAINTIFF'S ATTORNEY<br>FAIRLAW FIRM<br>Toussaint Cummings, Esq.<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | DEFENDANT'S ATTORNEY<br>DOWNRITE ENGINEERING, CORP.<br>Diego-Paolo de Pani, Esq.<br>14241 SW 143 Ct.<br>Miami, FL 33186 |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLTF. NO | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | Exhibit |
|---|---|---|---|---|---|
| | | | | | **A = Authenticity, C = Likely to Confuse, H = Hearsay, R = Relevance, SN = Settlement Negotiations UP = Unduly Prejudicial** |
| 1 | | | | | Plaintiff's time records (DRE TR000001-000007) |
| 2 | | | | | Plaintiff's pay records (Plts Bates000025-000028) |
| 3 | | | | | Plaintiff's Personnel Actions Forms (DRE0011,0016,0015,007,008,0013,0014,006,0057,003,002) |
| 4 | | | | | Defendant's Safety and Policy Manual (DRE TR000008-000049) |
| 5 | | | | | Photograph of Caterpillar C 966 |
| 6 | | | | | Defendant's Responses to Plaintiff's First Interrogatories |
| 7 | | | | | Defendant's Responses to Plaintiff's Second Interrogatories |
| 8 | | | | | Defendant's Responses to Plaintiff's First Request for Production |
| 9 | | | | | Defendant's Responses to Plaintiff's Second Request for Production |
| 10 | | | | | Deposition Transcript of Samuel Lobue |
| 11 | | | | | Deposition Transcript of Orlando Monzon (Plaintiff) |
| 12 | | | R | | Deposition Transcript of Wilmer Amador |
| 13 | | | | | Deposition Transcript of Samuel Lobue |

| 14 | | | | | Deposition Transcript of James McClellan |
|----|---|---|---|---|----------------------------------------|
| 15 | | | **R** | | Deposition Transcript of Kirby Reese |
| 16 | | | | | Deposition Transcript of Jennifer Taksier |

Respectfully Submitted on January 17, 2023,

/s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave.
Suite 770
Coral Gables, FL 33146
Tel:  305.230.4884
*Counsel for Plaintiff*