| | United States District Court | |
|---|---|---|
| | SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION | |
| ORLANDO N. MONZON CEJAS,<br><br>Plaintiff,<br><br>vs.<br><br>DOWNRITE ENGINGEERING CORP.,<br><br>Defendant. | **DEFENDANT'S TRIAL EXHIBIT LIST**<br><br>CASE NO.: 1:21-CV-23556-BLOOM | |
| PRESIDING JUDGE<br>HONORABLE<br>BETH BLOOM | PLAINTIFF'S ATTORNEY<br>FAIRLAW FIRM<br>Toussaint Cummings, Esq.<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | DEFENDANT'S ATTORNEY<br>DOWNRITE ENGINEERING, CORP.<br>Diego-Paolo De Pani, Esq.<br>14241 SW 143 Ct.<br>Miami, FL 33186 |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| DEF. NO | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | Exhibit |
|---|---|---|---|---|---|
| | | | | | **A = Authenticity, C = Likely to Confuse, H = Hearsay, R = Relevance, SN = Settlement Negotiations UP = Unduly Prejudicial** |
| 1 | | | R, C, UP | | Arrest photo 04/22/2021 of Plaintiff |
| 2 | | | R, C, UP, H | | Arrest Affidavit 04/22/2021 of Plaintiff |
| 3 | | | R, C, UP, H | | Application for criminal indigent status |
| 4 | | | | | Deposition transcript of Plaintiff |
| 5 | | | | | Any exhibit introduced by Plaintiff |
| 6 | | | | | Plaintiff's pay records (Plts Bates000025-000028) (aka Lobue Depo Ex H & I) |
| 7 | | | | | Downrite safety and policy manual |
| 8 | | | | | Ochoa complaint to OSHA |
| 9 | | | | | Ochoa text messages |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

Respectfully Submitted,

/s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave.
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*