|  | United States District Court ||
|---|---|---|
|  | SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION ||
| ORLANDO N. MONZON CEJAS,<br><br>     Plaintiff,<br><br>vs.<br><br>DOWNRITE ENGINGEERING CORP.,<br><br>     Defendant. | **PLAINTIFF'S TRIAL WITNESS LIST**<br><br>   CASE NO.: 1:21-CV-23556-BLOOM ||
| PRESIDING JUDGE<br>HONORABLE<br>BETH BLOOM | PLAINTIFF'S ATTORNEY<br>FAIRLAW FIRM<br>Toussaint Cummings, Esq.<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | DEFENDANT'S ATTORNEY<br>DOWNRITE ENGINEERING, CORP.<br>Diego-Paolo de Pani, Esq.<br>14241 SW 143 Ct.<br>Miami, FL 33186 |
| TRIAL DATE(S)<br>January 30, 2023 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | DEF. NO | LIVE or BY DEPOSITION | EST. EXAM | ADDRESS | WITNESSES |
|---|---|---|---|---|---|
| 1 |  | Live | 4 hours direct, X hours cross | 26400 SW 182 Ave., Homestead, FL 33031 | Plaintiff, Orlando Monzon |
| 2 |  | Live | 2 hours direct, X hours cross | c/o Def. Counsel | Samuel Lobue |
| 3 |  | Live | 1 hour direct, X hours cross | c/o Def. Counsel | James McClellan |
| 4 |  | Live | 1 hour direct, X hours cross | c/o Def. Counsel | Jennifer Taksier |
| 6 |  | Live | 1 hour direct, X hours cross | c/o Def. Counsel | Kirby Reese |
| 7 |  | Live | X hours, direct, 1 hour cross | c/o Def. Counsel | Richard Mantanas |

| 8 | | Live | 1 hour direct, X hours cross | c/o Def. Counsel | Wilmer Amador |
| 9 | | Live | 1.5 hours direct, X hours cross | 866 NW 8th St., Homestead, FL 33030 | William Ochoa |

The Plaintiff reserves the right to supplement this Trial Witness List.

Dated January 17, 2023.

/s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave.
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*