| United States District Court | | | |
|---|---|---|---|
| SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION | | | |
| ORLANDO N. MONZON CEJAS,<br><br>     Plaintiff,<br><br>vs.<br><br>DOWNRITE ENGINGEERING CORP.,<br><br>     Defendant. | | **DEFENDANT'S TRIAL WITNESS LIST**<br><br>   CASE NO.: 1:21-CV-23556-BLOOM | |
| PRESIDING JUDGE<br>**HONORABLE BETH BLOOM** | PLAINTIFF'S ATTORNEY<br>FAIRLAW FIRM<br>Toussaint Cummings, Esq.<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | DEFENDANT'S ATTORNEY<br>DOWNRITE ENGINEERING, CORP.<br>Diego-Paolo De Pani, Esq.<br>14241 SW 143 Ct.<br>Miami, FL 33186 | |
| TRIAL DATE(S)<br>January 30, 2023 | COURT REPORTER | COURTROOM DEPUTY | |

| DEF. NO | DEF. NO | LIVE or BY DEPOSITION | EST. EXAM | ADDRESS | WITNESSES |
|---|---|---|---|---|---|
| 1 | | Live | X hours direct, 4 hours cross | 26400 SW 182 Ave., Homestead, FL 33031 | Plaintiff, Orlando Monzon |
| 2 | | Live | 2 hour direct, 1 hours cross | c/o Def. Counsel | Samuel Lobue |
| 3 | | Live | 1 hour direct, 1 hours cross | c/o Def. Counsel | James McClellan |
| 4 | | Live | 1 hour direct, 1 hours cross | c/o Def. Counsel | Jennifer Taksier |
| 5 | | Live | 1 hour direct, 1 hours cross | c/o Def. Counsel | Kirby Reese |
| 6 | | Live | 1 hours, direct, 1 hour cross | c/o Def. Counsel | Richard Matanis |
| 7 | | Live | 1 hour direct, 1 hours cross | c/o Def. Counsel | Wilmer Amador |
| 8 | | Live | x hours direct, 4 hours cross | 866 NW 8th St., Homestead, FL 33030 | William Ochoa |

THE PARTIES reserve the right to supplement this Trial Witness List.

Dated January 1, 2023.

/s/Diego-Paolo De Pani, Esq.
Diego-Paolo De Pani, Esq. (367280)
pdepani@downrite.com
General Counsel
Attorney For Defendant
Downrite Engineering Corp.
14241 SW 143 Ct.
Miami, FL 33186
Tel:     305.232.2340