UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23556-BLOOM/OTAZO-REYES

ORLANDO N. MONZON CEJAS,

    Plaintiff,

vs.

DOWNRITE ENGINGEERING CORP.,

    Defendant.
_____/

## PLAINTIFF'S *NUNC PRO TUNC* MOTION FOR EXTENSION OF TIME TO SUBMIT AMENDED PROPOSED JURY INSTRUCTIONS

Plaintiff, Orlando N. Monzon Cejas, by and through his undersigned counsel, requests an extension of time, *nunc pro tunc*, to submit Amended Proposed Jury Instructions:

1. This Honorable Court issued an Order requiring the parties to submit joint proposed jury instructions by January 17, 2023. [ECF No. 54].

2. The parties complied and submitted their joint proposed jury instructions on January 17, 2023 via email to this Court's chambers.

3. Plaintiff's counsel has subsequently become aware of the need to include further proposed special jury instructions for the benefit of his client's case.

4. In particular, counsel seeks to amend the already submitted jury instructions by including: (1) an additional statutory citation for a proposed instruction that was already submitted on the employer's failure to notify of FMLA eligibility; (2) one new jury instruction regarding an employer's obligation to provide written notice under the FMLA; and (3) one new paragraph amending a previously submitted jury instruction

1

    on the foreseeability aspect of FMLA leave. See Exhibit A, Proposed Amended Jury Instructions.

5. These amendments comprise approximately two (2) additional pages of information to the previously submitted jury instructions.

6. This Motion is being made in good faith and not for purposes of delay, and neither party will be prejudiced by the Court's granting the extension sought considering no argument has been made on the jury instructions yet.

7. A proposed order granting this motion is attached as Exhibit B.

## CERTIFICATE OF CONFERRAL

    Pursuant to S.D. Fla. L.R. 7.1, I hereby certify that I attempted to contact Defendant's counsel, Diego-Paolo De Pani, via email at 5:50pm on January 22, 2023, and phone on January 23, 2023 regarding the relief requested in this Motion. The email informed Mr. De Pani of the changes being made to the proposed jury instructions, and undersigned counsel indicated that the new proposed special jury instruction would be placed in bold type to indicate Defendant's objection to it. The email also explained that this motion would be filed as opposed by Defendant if undersigned counsel did not receive a response to the email by 11:00am on January 23, 2023. Undersigned counsel did not receive a response to the email, and called Mr. De Pani's office on January 23, 2023 at 1:30pm. Mr. De Pani was not available to speak at the time, however.

/s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)

*[Certificate of service on following page]*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically on January 23, 2023 with the Clerk of Court using the CM/ECF filing system.

/s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave.
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*