UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23556-BLOOM/OTAZO-REYES

ORLANDO N. MONZON CEJAS,

  Plaintiff,

vs.

DOWNRITE ENGINGEERING CORP.,

  Defendant.
  _____/

## ORDER GRANTING PLAINTIFF'S *NUNC PRO TUNC* MOTION FOR EXTENSION OF TIME TO SUBMIT AMENDED JOINT PROPOSED JURY INSTRUCTIONS

THIS CAUSE, having come before the Court on Plaintiff's Nunc Pro Tunc Motion For Extension Of Time To Submit Amended Joint Proposed Jury Instructions, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

Plaintiff's amendments to the proposed jury instructions are deemed timely.

DONE AND ORDERED in Chambers on this _____ day of _____ 2023.

  _____
  BETH BLOOM
  UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*