UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23556-BLOOM/Otazo-Reyes

ORLANDO N. MONZON CEJAS,

      Plaintiff,

vs.

DOWNRITE ENGINEERING
CORP.,

      Defendants.

_____/

**PLAINTIFF'S MOTION TO
BRING ELECTORNIC EQUIPMENT INTO THE COURTHOUSE**

      Plaintiff, Orlando N. Monzon Cejas, by and through his undersigned counsel, requests this Honorable Court to enter an Order allowing him and his attorneys to bring certain electronic equipment into the courthouse, and states the following:

1. Trial is currently set for Monday, January 30, 2023 in this case.

2. The trial is expected to last approximately four (4) days, but could extend the whole week due to unforeseen circumstances.

3. Plaintiff's counsel, Mr. Brian Pollock, Esq. and Toussaint Cummings, Esq., will need to each bring one (1) laptop and one (1) cellular phone into the courthouse and courtroom each day of the trial.

4. Plaintiff, Mr. Monzon, will need to bring his cellular phone into the courthouse and the courtroom each day of the trial as well.

5. Therefore, Plaintiff moves this Court to enter an Order to allow him to bring his phone, and his attorneys to bring their laptops and phones into the courthouse and courtroom from January 30, 2023 to February 3, 2023.

6.  A proposed order requesting this relief will also be filed along with this motion as Exhibit A, and independently emailed to this Court's chambers.

## **RULE 7.1 CERTIFICATION**

Counsel for the movant attempted to confer with defense counsel concerning the relief requested in this Motion, but received an email response that counsel is out of the office

Dated this <u>26th</u> day of January 2023.

<div style="margin-left: 50%;">

<u>s/Toussaint Cummings, Esq.</u>
Toussaint Cummings, Esq. (119877)
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

</div>