AO 187 (Rev. 7/87) Exhibit and List
.

|  | United States District Court |
|---|---|
|  | SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION |

| ORLANDO N. MONZON CEJAS,<br><br>Plaintiff,<br><br>vs.<br><br>DOWNRITE ENGINGEERING CORP.,<br><br>Defendant. | JOINT TRIAL EXHIBIT LIST<br><br>CASE NO.: 1:21-CV-23556-BLOOM |
|---|---|

| PRESIDING JUDGE<br>HONORABLE<br>BETH BLOOM | PLAINTIFF'S ATTORNEY<br>FAIRLAW FIRM<br>Toussaint Cummings, Esq.<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | DEFENDANT'S ATTORNEY<br>DOWNRITE ENGINEERING, CORP.<br>Diego-Paolo de Pani, Esq.<br>14241 SW 143 Ct.<br>Miami, FL 33186 |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| EXHIBIT. NO | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | Exhibit |
|---|---|---|---|---|---|
| 1 |  |  |  |  | Plaintiff's time records (DRE TR000001-000007) |
| 2 |  |  |  |  | Plaintiff's pay records (Plts Bates000025-000028) |
| 3 |  |  |  |  | Plaintiff's Personnel Actions Forms (DRE0011,0016,0015,007,008,0013,0014,006,0057,003,002) |
| 4 |  |  |  |  | Defendant's Safety and Policy Manual (DRE TR000008-000049) |

Respectfully Submitted on January 27, 2023,

/s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave.
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*