```
Downrite Engineering Corp                           Time Entry Report                              01-14-2022     Page 1
                                                                                                   System Date: 01-14-2022
                                                                                                   System Time:  8:06 am

              Employee                       Period  Chk                       Expense     WC
 Employee     Name                           End Date Seq     Job    Cost Code  Account ST  Code   Pay    Rate     Units    Amount  Equipment
 207          ORLANDO MONZON, JR.            10-05-18 1st  2017-045  40-00001   71200   FL  6217    1    19.000    40.00    760.00
 207          ORLANDO MONZON, JR.            10-12-18 1st  2017-045  40-00001   71200   FL  6217    1    19.000    28.00    532.00
 207          ORLANDO MONZON, JR.            10-19-18 1st  2017-045  40-00001   71200   FL  6217    1    19.000    40.00    760.00
 207          ORLANDO MONZON, JR.            10-26-18 1st  2017-045  40-00001   71200   FL  6217    1    19.000    40.00    760.00
 207          ORLANDO MONZON, JR.            11-02-18 1st  2017-045  40-00001   71200   FL  6217    1    19.000    40.00    760.00
 207          ORLANDO MONZON, JR.            11-09-18 1st  2017-045  40-00001   71200   FL  6217    1    19.000    40.00    760.00
 207          ORLANDO MONZON, JR.            11-16-18 1st  2017-045  40-00001   71200   FL  6217    1    20.500    40.00    820.00
 207          ORLANDO MONZON, JR.            11-23-18 1st  2017-045  40-00001   71200   FL  6217    1    20.500    24.00    492.00
 207          ORLANDO MONZON, JR.            11-30-18 1st  2017-045  40-00001   71200   FL  6217    1    20.500    40.00    820.00
 207          ORLANDO MONZON, JR.            11-30-18 1st  2017-045  40-00001   71200   FL  6217    2    30.750     2.00     61.50
 207          ORLANDO MONZON, JR.            12-07-18 1st  2017-045  40-00001   71200   FL  6217    1    20.500    40.00    820.00
 207          ORLANDO MONZON, JR.            12-14-18 1st  2017-045  40-00001   71200   FL  6217    1    20.500    40.00    820.00
 207          ORLANDO MONZON, JR.            12-21-18 1st  2017-045  40-00001   71200   FL  6217    1    20.500    37.50    768.75
 207          ORLANDO MONZON, JR.            12-28-18 1st  2017-045  40-00001   71200   FL  6217    1    20.500    24.00    492.00
 207          ORLANDO MONZON, JR.            01-04-19 1st  2017-045  40-00001   71200   FL  6217    1    20.500    24.00    492.00
 207          ORLANDO MONZON, JR.            01-11-19 1st  2017-045  40-00001   71200   FL  6217    1    20.500    40.00    820.00
 207          ORLANDO MONZON, JR.            01-18-19 1st  2017-045  40-00001   71200   FL  6217    1    20.500    40.00    820.00
 207          ORLANDO MONZON, JR.            01-25-19 1st  2018-001  40-00001   71200   FL  6217    1    20.500    16.00    328.00
 207          ORLANDO MONZON, JR.            01-25-19 1st  2016-050  40-00001   71200   FL  6217    1    20.500    24.00    492.00
 207          ORLANDO MONZON, JR.            02-01-19 1st  2016-050  40-00001   71200   FL  6217    1    20.500    40.00    820.00
 207          ORLANDO MONZON, JR.            02-08-19 1st  2016-050  40-00001   71200   FL  6217    1    20.500    40.00    820.00
 207          ORLANDO MONZON, JR.            02-15-19 1st  2016-050  40-00001   71200   FL  6217    1    20.500    40.00    820.00
 207          ORLANDO MONZON, JR.            02-22-19 1st  2018-041  40-00001   71200   FL  6217    1    20.500    40.00    820.00
 207          ORLANDO MONZON, JR.            03-01-19 1st  2018-040  40-00001   71200   FL  6217    1    20.500    32.00    656.00
 207          ORLANDO MONZON, JR.            03-08-19 1st                       71200   FL  6217    1    20.500    32.00    656.00
 207          ORLANDO MONZON, JR.            03-15-19 1st  2016-050  40-00001   71200   FL  6217    1    20.500    32.00    656.00
```

```
Downrite Engineering Corp                              Time Entry Report                                    01-14-2022      Page 2
                                                                                                            System Date: 01-14-2022
                                                                                                            System Time:  8:06 am

                  Employee                      Period Chk                        Expense       WC
 Employee         Name                          End Date Seq     Job    Cost Code Account  ST   Code    Pay       Rate      Units     Amount  Equipment
 207              ORLANDO MONZON, JR.           03-22-19 1st   2018-014 40-00001  71200    FL   6217    1        20.500     40.00      820.00
 207              ORLANDO MONZON, JR.           03-29-19 1st   2018-020 40-00001  71200    FL   6217    1        20.500     32.00      656.00
 207              ORLANDO MONZON, JR.           04-05-19 1st   2018-020 40-00001  71200    FL   6217    1        20.500     40.00      820.00
 207              ORLANDO MONZON, JR.           04-12-19 1st   2018-020 40-00001  71200    FL   6217    1        20.500     40.00      820.00
 207              ORLANDO MONZON, JR.           04-12-19 1st   2018-020 40-00001  71200    FL   6217    2        30.750      2.50       76.88
 207              ORLANDO MONZON, JR.           04-19-19 1st   2017-031 40-00001  71200    FL   6217    1        20.500     40.00      820.00
 207              ORLANDO MONZON, JR.           04-19-19 1st   2017-031 40-00001  71200    FL   6217    2        30.750       .50       15.38
 207              ORLANDO MONZON, JR.           04-26-19 1st   2017-031 40-00001  71200    FL   6217    1        20.500     40.00      820.00
 207              ORLANDO MONZON, JR.           05-03-19 1st   2018-044 40-00001  71200    FL   6217    1        20.500     40.00      820.00
 207              ORLANDO MONZON, JR.           05-03-19 1st   2018-044 40-00001  71200    FL   6217    2        30.750     16.00      492.00
 207              ORLANDO MONZON, JR.           05-10-19 1st   2017-015 40-00001  71200    FL   6217    1        20.500      8.00      164.00
 207              ORLANDO MONZON, JR.           05-10-19 1st   2017-028 40-00001  71200    FL   6217    1        20.500     16.00      328.00
 207              ORLANDO MONZON, JR.           05-10-19 1st   2018-043 40-00001  71200    FL   6217    1        20.500     16.00      328.00
 207              ORLANDO MONZON, JR.           05-17-19 1st   2019-010 40-00001  71200    FL   6217    1        20.500     40.00      820.00
 207              ORLANDO MONZON, JR.           05-24-19 1st   2019-010 40-00001  71200    FL   6217    1        20.500     40.00      820.00
 207              ORLANDO MONZON, JR.           05-31-19 1st                      71200    FL   6217    3        20.500     40.00      820.00
 207              ORLANDO MONZON, JR.           06-07-19 1st   2018-031 40-00001  71200    FL   6217    1        20.500      8.00      164.00
 207              ORLANDO MONZON, JR.           06-07-19 1st   2017-015 40-00001  71200    FL   6217    1        20.500     32.00      656.00
 207              ORLANDO MONZON, JR.           06-07-19 1st   2017-015 40-00001  71200    FL   6217    2        30.750      7.00      215.25
 207              ORLANDO MONZON, JR.           06-14-19 1st                      71200    FL   6217    1        20.500     40.00      820.00
 207              ORLANDO MONZON, JR.           06-21-19 1st   2019-008 40-00001  71200    FL   6217    1        20.500     16.00      328.00
 207              ORLANDO MONZON, JR.           06-21-19 1st   2018-031 40-00001  71200    FL   6217    1        20.500     24.00      492.00
 207              ORLANDO MONZON, JR.           06-21-19 1st   2019-008 40-00001  71200    FL   6217    2        30.750      1.00       30.75
 207              ORLANDO MONZON, JR.           06-21-19 1st   2018-041 40-00001  71200    FL   6217    2        30.750      8.00      246.00
 207              ORLANDO MONZON, JR.           06-28-19 1st   2019-008 40-00001  71200    FL   6217    1        20.500     40.00      820.00
 207              ORLANDO MONZON, JR.           06-28-19 1st   2019-008 40-00001  71200    FL   6217    2        30.750      7.50      230.63
 207              ORLANDO MONZON, JR.           07-05-19 1st   2019-008 40-00001  71200    FL   6217    1        20.500     24.00      492.00
 207              ORLANDO MONZON, JR.           07-12-19 1st   2019-008 40-00001  71200    FL   6217    1        20.500     40.00      820.00
 207              ORLANDO MONZON, JR.           07-19-19 1st   2019-008 40-00001  71200    FL   6217    1        20.500     40.00      820.00
 207              ORLANDO MONZON, JR.           07-19-19 1st   2019-008 40-00001  71200    FL   6217    2        30.750      1.50       46.13
 207              ORLANDO MONZON, JR.           07-26-19 1st   2019-002 40-00001  71200    FL   6217    1        20.500     40.00      820.00
```

```
Downrite Engineering Corp                            Time Entry Report                                       01-14-2022      Page 3
                                                                                                             System Date: 01-14-2022
                                                                                                             System Time:  8:06 am

            Employee                  Period  Chk                      Expense   WC
Employee    Name                      End Date Seq    Job    Cost Code Account ST Code   Pay      Rate      Units     Amount Equipment

207         ORLANDO MONZON, JR.       07-26-19 1st   2019-002 40-00001  71200  FL 6217    2      30.750      4.50     138.38

207         ORLANDO MONZON, JR.       08-02-19 1st                      71200  FL 6217    1      20.500     40.00     820.00
207         ORLANDO MONZON, JR.       08-02-19 1st                      71200  FL 6217    2      30.750      4.50     138.38

207         ORLANDO MONZON, JR.       08-09-19 1st   2019-002 40-00001  71200  FL 6217    1      20.500     40.00     820.00
207         ORLANDO MONZON, JR.       08-09-19 1st   2019-002 40-00001  71200  FL 6217    2      30.750      4.50     138.38

207         ORLANDO MONZON, JR.       08-16-19 1st   2019-002 40-00001  71200  FL 6217    1      20.500     40.00     820.00
207         ORLANDO MONZON, JR.       08-16-19 1st   2019-002 40-00001  71200  FL 6217    2      30.750      3.50     107.63

207         ORLANDO MONZON, JR.       08-23-19 1st   2016-050 40-00001  71200  FL 6217    1      20.500     32.00     656.00

207         ORLANDO MONZON, JR.       08-30-19 1st   2016-050 40-00001  71200  FL 6217    1      20.500     22.50     461.25

207         ORLANDO MONZON, JR.       09-06-19 1st   2016-050 40-00001  71200  FL 6217    1      20.500     32.00     656.00

207         ORLANDO MONZON, JR.       09-13-19 1st   2016-050 40-00001  71200  FL 6217    1      20.500     40.00     820.00

207         ORLANDO MONZON, JR.       09-20-19 1st   2016-050 40-00001  71200  FL 6217    1      20.500     16.00     328.00
207         ORLANDO MONZON, JR.       09-20-19 1st   2019-010 40-00001  71200  FL 6217    1      20.500     24.00     492.00

207         ORLANDO MONZON, JR.       09-27-19 1st   2019-010 40-00001  71200  FL 6217    1      20.500     40.00     820.00
207         ORLANDO MONZON, JR.       09-27-19 1st   2019-010 40-00001  71200  FL 6217    2      30.750      2.00      61.50

207         ORLANDO MONZON, JR.       10-04-19 1st   2019-010 40-00001  71200  FL 6217    1      20.500     40.00     820.00
207         ORLANDO MONZON, JR.       10-04-19 1st   2019-010 40-00001  71200  FL 6217    2      30.750      8.00     246.00

207         ORLANDO MONZON, JR.       10-11-19 1st   2016-050 40-00001  71200  FL 6217    1      20.500     16.00     328.00
207         ORLANDO MONZON, JR.       10-11-19 1st   2019-010 40-00001  71200  FL 6217    1      20.500     24.00     492.00
207         ORLANDO MONZON, JR.       10-11-19 1st   2019-010 40-00001  71200  FL 6217    2      30.750      1.00      30.75

207         ORLANDO MONZON, JR.       10-18-19 1st   2017-036 40-00001  71200  FL 6217    1      20.500      8.00     164.00
207         ORLANDO MONZON, JR.       10-18-19 1st   2016-050 40-00001  71200  FL 6217    1      20.500     32.00     656.00

207         ORLANDO MONZON, JR.       10-25-19 1st   2019-010 40-00001  71200  FL 6217    1      20.500     32.00     656.00

207         ORLANDO MONZON, JR.       11-01-19 1st   2018-020 40-00001  71200  FL 6217    1      20.500     16.00     328.00
207         ORLANDO MONZON, JR.       11-01-19 1st   2019-055 40-00001  71200  FL 6217    1      20.500     24.00     492.00

207         ORLANDO MONZON, JR.       11-08-19 1st   2019-055 40-00001  71200  FL 6217    1      20.500     40.00     820.00
207         ORLANDO MONZON, JR.       11-08-19 1st   2019-055 40-00001  71200  FL 6217    2      30.750      4.50     138.38

207         ORLANDO MONZON, JR.       11-15-19 1st   2019-055 40-00001  71200  FL 6217    1      20.500     40.00     820.00
207         ORLANDO MONZON, JR.       11-15-19 1st   2019-055 40-00001  71200  FL 6217    2      30.750     18.50     568.88

207         ORLANDO MONZON, JR.       11-22-19 1st   2019-003 40-00001  71200  FL 6217    1      20.500     40.00     820.00
207         ORLANDO MONZON, JR.       11-22-19 1st   2019-003 40-00001  71200  FL 6217    2      30.750     17.50     538.13
```

DRE TR000003

```
Downrite Engineering Corp                              Time Entry Report                                        01-14-2022      Page 4
                                                                                                                System Date: 01-14-2022
                                                                                                                System Time:  8:06 am

               Employee                    Period  Chk                        Expense    WC
 Employee      Name                        End Date Seq    Job     Cost Code  Account  ST Code     Pay      Rate      Units      Amount Equipment
 207           ORLANDO MONZON, JR.         11-29-19 1st   2019-057  40-00001  71200   FL  6217      1      20.500      40.00      820.00
 207           ORLANDO MONZON, JR.         11-29-19 1st   2019-057  40-00001  71200   FL  6217      2      30.750       2.50       76.88

 207           ORLANDO MONZON, JR.         12-06-19 1st   2019-055  40-00001  71200   FL  6217      1      20.500      40.00      820.00
 207           ORLANDO MONZON, JR.         12-06-19 1st   2019-055  40-00001  71200   FL  6217      2      30.750       2.00       61.50

 207           ORLANDO MONZON, JR.         12-13-19 1st   2019-003  40-00001  71200   FL  6217      1      20.500      27.00      553.50

 207           ORLANDO MONZON, JR.         12-20-19 1st                       71200   FL  6217      1      20.500       8.00      164.00
 207           ORLANDO MONZON, JR.         12-20-19 1st   2019-055  40-00001  71200   FL  6217      1      20.500      34.00      697.00

 207           ORLANDO MONZON, JR.         01-10-20 1st   2019-055  40-00001  71200   FL  6217      1      20.500      34.00      697.00
 207           ORLANDO MONZON, JR.         01-10-20 2nd                       71200   FL  6217      1      20.500      25.50      522.75

 207           ORLANDO MONZON, JR.         01-17-20 1st   2019-002  40-00001  71200   FL  6217      1      20.500      40.00      820.00
 207           ORLANDO MONZON, JR.         01-17-20 1st   2019-002  40-00001  71200   FL  6217      2      30.750      17.00      522.75

 207           ORLANDO MONZON, JR.         01-24-20 1st   2019-055  40-00001  71200   FL  6217      1      20.500      40.00      820.00

 207           ORLANDO MONZON, JR.         01-31-20 1st   2019-055  40-00001  71200   FL  6217      1      20.500      40.00      820.00
 207           ORLANDO MONZON, JR.         01-31-20 1st   2019-055  40-00001  71200   FL  6217      2      30.750       2.00       61.50

 207           ORLANDO MONZON, JR.         02-07-20 1st   2019-003  40-00001  71200   FL  6217      1      20.500      40.00      820.00
 207           ORLANDO MONZON, JR.         02-07-20 1st   2019-003  40-00001  71200   FL  6217      2      30.750       2.00       61.50

 207           ORLANDO MONZON, JR.         02-14-20 1st   2019-055  40-00001  71200   FL  6217      1      20.500      40.00      820.00
 207           ORLANDO MONZON, JR.         02-14-20 1st   2019-055  40-00001  71200   FL  6217      2      30.750       2.00       61.50

 207           ORLANDO MONZON, JR.         02-21-20 1st   2019-055  40-00001  71200   FL  6217      1      20.500      40.00      820.00
 207           ORLANDO MONZON, JR.         02-21-20 1st   2019-055  40-00001  71200   FL  6217      2      30.750       2.00       61.50

 207           ORLANDO MONZON, JR.         02-28-20 1st   2019-055  40-00001  71200   FL  6217      1      20.500      40.00      820.00
 207           ORLANDO MONZON, JR.         02-28-20 1st   2019-055  40-00001  71200   FL  6217      2      30.750       2.00       61.50

 207           ORLANDO MONZON, JR.         03-06-20 1st   2019-055  40-00001  71200   FL  6217      1      20.500      40.00      820.00
 207           ORLANDO MONZON, JR.         03-06-20 1st   2019-055  40-00001  71200   FL  6217      2      30.750        .50       15.38

 207           ORLANDO MONZON, JR.         03-13-20 1st   2019-055  40-00001  71200   FL  6217      1      20.500      40.00      820.00
 207           ORLANDO MONZON, JR.         03-13-20 1st   2019-055  40-00001  71200   FL  6217      2      30.750       2.00       61.50

 207           ORLANDO MONZON, JR.         03-20-20 1st   2019-055  40-00001  71200   FL  6217      1      20.500      40.00      820.00
 207           ORLANDO MONZON, JR.         03-20-20 1st   2019-055  40-00001  71200   FL  6217      2      30.750       2.00       61.50

 207           ORLANDO MONZON, JR.         03-27-20 1st   2019-055  40-00001  71200   FL  6217      1      20.500      40.00      820.00
 207           ORLANDO MONZON, JR.         03-27-20 1st   2019-055  40-00001  71200   FL  6217      2      30.750       2.00       61.50

 207           ORLANDO MONZON, JR.         04-03-20 1st   2019-055  40-00001  71200   FL  6217      1      20.500      24.00      492.00

 207           ORLANDO MONZON, JR.         04-10-20 1st                       71200   FL  6217      1      20.500      40.00      820.00
```

Downrite Engineering Corp — Time Entry Report — 01-14-2022   Page 5
System Date: 01-14-2022
System Time: 8:06 am

| Employee | Employee Name | Period End Date | Chk Seq | Job | Cost Code | Expense Account | ST | WC Code | Pay | Rate | Units | Amount | Equipment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 207 | ORLANDO MONZON, JR. | 04-17-20 | 1st | 2019-054 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 39.50 | 809.75 | |
| 207 | ORLANDO MONZON, JR. | 04-24-20 | 1st | 2019-059 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 40.00 | 820.00 | |
| 207 | ORLANDO MONZON, JR. | 05-01-20 | 1st | 2020-003 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 40.00 | 820.00 | |
| 207 | ORLANDO MONZON, JR. | 05-08-20 | 1st | 2020-003 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 32.00 | 656.00 | |
| 207 | ORLANDO MONZON, JR. | 05-15-20 | 1st | 2020-003 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 40.00 | 820.00 | |
| 207 | ORLANDO MONZON, JR. | 05-22-20 | 1st | 2020-003 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 40.00 | 820.00 | |
| 207 | ORLANDO MONZON, JR. | 05-29-20 | 1st | | | 71200 | FL | 6217 | 1 | 20.500 | 32.00 | 656.00 | |
| 207 | ORLANDO MONZON, JR. | 06-05-20 | 1st | 2020-003 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 40.00 | 820.00 | |
| 207 | ORLANDO MONZON, JR. | 06-12-20 | 1st | 2019-058 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 40.00 | 820.00 | |
| 207 | ORLANDO MONZON, JR. | 06-19-20 | 1st | 2019-041 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 40.00 | 820.00 | |
| 207 | ORLANDO MONZON, JR. | 06-26-20 | 1st | 2019-041 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 40.00 | 820.00 | |
| 207 | ORLANDO MONZON, JR. | 07-03-20 | 1st | 2019-058 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 40.00 | 820.00 | |
| 207 | ORLANDO MONZON, JR. | 07-10-20 | 1st | 2019-058 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 8.00 | 164.00 | |
| 207 | ORLANDO MONZON, JR. | 07-10-20 | 1st | 2019-048 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 32.00 | 656.00 | |
| 207 | ORLANDO MONZON, JR. | 07-17-20 | 1st | 2018-022 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 8.00 | 164.00 | |
| 207 | ORLANDO MONZON, JR. | 07-17-20 | 1st | 2019-048 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 32.00 | 656.00 | |
| 207 | ORLANDO MONZON, JR. | 07-24-20 | 1st | 2018-022 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 40.00 | 820.00 | |
| 207 | ORLANDO MONZON, JR. | 07-31-20 | 1st | 2018-022 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 40.00 | 820.00 | |
| 207 | ORLANDO MONZON, JR. | 07-31-20 | 1st | 2018-022 | 40-00001 | 71200 | FL | 6217 | 2 | 30.750 | 7.50 | 230.63 | |
| 207 | ORLANDO MONZON, JR. | 08-07-20 | 1st | 2019-057 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 40.00 | 820.00 | |
| 207 | ORLANDO MONZON, JR. | 08-14-20 | 1st | 2020-031 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 40.00 | 820.00 | |
| 207 | ORLANDO MONZON, JR. | 08-21-20 | 1st | 2020-031 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 40.00 | 820.00 | |
| 207 | ORLANDO MONZON, JR. | 08-28-20 | 1st | 2020-031 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 40.00 | 820.00 | |
| 207 | ORLANDO MONZON, JR. | 09-04-20 | 1st | 2020-031 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 40.00 | 820.00 | |
| 207 | ORLANDO MONZON, JR. | 09-11-20 | 1st | 2020-042 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 32.00 | 656.00 | |
| 207 | ORLANDO MONZON, JR. | 09-18-20 | 1st | 2020-031 | 40-00001 | 71200 | FL | 6217 | 1 | 20.500 | 16.00 | 328.00 | |

```
Downrite Engineering Corp                              Time Entry Report                                         01-14-2022        Page 6
                                                                                                                 System Date: 01-14-2022
                                                                                                                 System Time:  8:06 am

               Employee                   Period  Chk                        Expense  WC
 Employee      Name                      End Date Seq    Job    Cost Code    Account  ST  Code    Pay       Rate      Units       Amount  Equipment

 207           ORLANDO MONZON, JR.       09-25-20 1st                         71200   FL  6217     1      20.500      16.00       328.00

 207           ORLANDO MONZON, JR.       10-09-20 1st    2020-030  40-00001   71200   FL  6217     1      20.500      24.00       492.00

 207           ORLANDO MONZON, JR.       10-16-20 1st    2020-035  40-00001   71200   FL  6217     1      20.500      40.00       820.00

 207           ORLANDO MONZON, JR.       10-23-20 1st    2020-030  40-00001   71200   FL  6217     1      20.500      34.00       697.00

 207           ORLANDO MONZON, JR.       10-30-20 1st    2020-030  40-00001   71200   FL  6217     1      20.500      24.00       492.00

 207           ORLANDO MONZON, JR.       11-06-20 1st    2020-030  40-00001   71200   FL  6217     1      20.500      40.00       820.00

 207           ORLANDO MONZON, JR.       11-13-20 1st    2020-030  40-00001   71200   FL  6217     1      20.500      12.00       246.00

 207           ORLANDO MONZON, JR.       11-20-20 1st    2019-048  40-00001   71200   FL  6217     1      20.500       8.00       164.00
 207           ORLANDO MONZON, JR.       11-20-20 1st    2020-030  40-00001   71200   FL  6217     1      20.500      24.00       492.00

 207           ORLANDO MONZON, JR.       11-27-20 1st    2019-048  40-00001   71200   FL  6217     1      20.500      24.00       492.00

 207           ORLANDO MONZON, JR.       12-04-20 1st    2019-048  40-00001   71200   FL  6217     1      20.500      40.00       820.00

 207           ORLANDO MONZON, JR.       12-11-20 1st    2019-048  40-00001   71200   FL  6217     1      20.500      40.00       820.00

 207           ORLANDO MONZON, JR.       12-18-20 1st    2019-048  40-00001   71200   FL  6217     1      20.500      32.00       656.00

 207           ORLANDO MONZON, JR.       12-25-20 1st    2019-048  40-00001   71200   FL  6217     1      20.500      29.00       594.50

 207           ORLANDO MONZON, JR.       01-01-21 1st    2019-048  40-00001   71200   FL  6217     1      20.500      29.00       594.50

 207           ORLANDO MONZON, JR.       01-08-21 1st    2019-048  40-00001   71200   FL  6217     1      20.500      32.00       656.00

 207           ORLANDO MONZON, JR.       01-22-21 1st    2020-062  40-00001   71200   FL  6217     1      21.500      40.00       860.00
 207           ORLANDO MONZON, JR.       01-22-21 1st    2020-062  40-00001   71200   FL  6217     2      32.250       2.50        80.63

 207           ORLANDO MONZON, JR.       01-29-21 1st    2020-062  40-00001   71200   FL  6217     1      21.500      32.00       688.00

 207           ORLANDO MONZON, JR.       02-05-21 1st    2020-062  40-00001   71200   FL  6217     1      21.500      40.00       860.00
 207           ORLANDO MONZON, JR.       02-05-21 1st    2020-062  40-00001   71200   FL  6217     2      32.250       2.50        80.63

 207           ORLANDO MONZON, JR.       02-12-21 1st    2020-061  40-00001   71200   FL  6217     1      21.500      40.00       860.00
 207           ORLANDO MONZON, JR.       02-12-21 1st    2020-061  40-00001   71200   FL  6217     2      32.250       2.00        64.50

 207           ORLANDO MONZON, JR.       02-19-21 1st    2020-061  40-00001   71200   FL  6217     1      21.500      40.00       860.00
 207           ORLANDO MONZON, JR.       02-19-21 1st    2020-061  40-00001   71200   FL  6217     2      32.250       4.50       145.13

 207           ORLANDO MONZON, JR.       02-26-21 1st    2020-061  40-00001   71200   FL  6217     1      21.500      40.00       860.00
 207           ORLANDO MONZON, JR.       02-26-21 1st    2020-061  40-00001   71200   FL  6217     2      32.250      10.50       338.63
 207           ORLANDO MONZON, JR.       02-26-21 2nd                         71200   FL  6217     1      32.250       8.00       258.00
```

DRE TR000006

```
Downrite Engineering Corp                              Time Entry Report                                          01-14-2022      Page 7
                                                                                                                  System Date: 01-14-2022
                                                                                                                  System Time:  8:06 am

              Employee                  Period  Chk                      Expense    WC
 Employee     Name                      End Date Seq    Job   Cost Code Account  ST Code   Pay      Rate     Units       Amount Equipment

 207          ORLANDO MONZON, JR.       03-05-21 1st   2020-061 40-00001  71200  FL 6217    1      21.500     40.00      860.00
 207          ORLANDO MONZON, JR.       03-05-21 1st   2020-061 40-00001  71200  FL 6217    2      32.250     10.00      322.50

 207          ORLANDO MONZON, JR.       03-12-21 1st   2020-061 40-00001  71200  FL 6217    1      21.500     40.00      860.00
 207          ORLANDO MONZON, JR.       03-12-21 1st   2020-061 40-00001  71200  FL 6217    2      32.250     13.50      435.38

 207          ORLANDO MONZON, JR.       03-19-21 1st   2020-061 40-00001  71200  FL 6217    1      21.500     40.00      860.00
 207          ORLANDO MONZON, JR.       03-19-21 1st   2020-061 40-00001  71200  FL 6217    2      32.250     13.50      435.38

 207          ORLANDO MONZON, JR.       03-26-21 1st   2021-008 40-00001  71200  FL 6217    1      21.500     40.00      860.00
 207          ORLANDO MONZON, JR.       03-26-21 1st   2021-008 40-00001  71200  FL 6217    2      32.250      2.00       64.50
 207          ORLANDO MONZON, JR.       03-26-21 1st   2020-061 40-00001  71200  FL 6217    2      32.250      8.00      258.00

 207          ORLANDO MONZON, JR.       04-02-21 1st   2020-061 40-00001  71200  FL 6217    1      21.500     40.00      860.00
 207          ORLANDO MONZON, JR.       04-02-21 1st   2020-061 40-00001  71200  FL 6217    2      32.250      7.50      241.88

 207          ORLANDO MONZON, JR.       04-09-21 1st   2021-012 40-00001  71200  FL 6217    1      21.500     40.00      860.00
 207          ORLANDO MONZON, JR.       04-09-21 1st   2021-008 40-00001  71200  FL 6217    2      32.250      7.50      241.88

 207          ORLANDO MONZON, JR.       04-23-21 1st   2021-006 40-00001  71200  FL 6217    1      21.500     11.00      236.50

                                                                                                           5,015.00* 105,669.61*

                                                                                                           5,015.00* 105,669.61*

 Report Totals:                                                                                            5,015.00* 105,669.61*
```

DRE TR000007