## Paystub 1 — No. 37813

Downrite Engineering Corp. — PAYROLL ACCOUNT

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 34.00 | | 20.50 | 697.00 | | | | | |

PAY PERIOD: 10-17-20 to 10-23-20
No. 37813
TOTAL PAY: 697.00

DEDUCTIONS THIS PERIOD:
FWH 15.03   MED 9.09   SOC 38.89   EE INS 69.76

TOTAL DEDUCTIONS: 132.77

EMPLOYEE INFORMATION:
ORLANDO MONZON, JR.
XXX-XX-3791

YEAR-TO-DATE TOTALS:
GROSS 33015.26   FICA 2290.85   SDI .00
FWH 1063.91   SWH .00

NET PAY: 564.23

---

## Paystub 2 — No. 44654

Downrite Engineering Corp. — PAYROLL ACCOUNT

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 29.00 | | 20.50 | 594.50 | | | | | |

PAY PERIOD: 12-26-20 to 1-01-21
No. 44654
TOTAL PAY: 594.50

DEDUCTIONS THIS PERIOD:
FWH 11.18   MED 8.62   SOC 36.86

TOTAL DEDUCTIONS: 56.66

EMPLOYEE INFORMATION:
ORLANDO MONZON, JR.
XXX-XX-3791

YEAR-TO-DATE TOTALS:
GROSS 594.50   FICA 45.48   SDI .00
FWH 11.18   SWH .00

NET PAY: 537.84

---

## Paystub 3 — No. 47352

Downrite Engineering Corp. — PAYROLL ACCOUNT

| HOURS REGULAR | HOURS OVERTIME | RATE | EARNINGS REGULAR | EARNINGS OVERTIME | OTHER PAY BASIS | OTHER PAY RATE | OTHER PAY AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 32.00 | | 21.50 | 688.00 | | | | | |

PAY PERIOD: 1-23-21 to 1-29-21
No. 47352
TOTAL PAY: 688.00

DEDUCTIONS THIS PERIOD:
FWH 20.53   MED 9.98   SOC 42.66

TOTAL DEDUCTIONS: 73.17

EMPLOYEE INFORMATION:
ORLANDO MONZON, JR.
XXX-XX-3791

YEAR-TO-DATE TOTALS:
GROSS 2879.13   FICA 220.26   SDI .00
FWH 96.34   SWH .00

NET PAY: 614.83

---

**Downrite Engineering Corp.**
**PAYROLL ACCOUNT**

No. 48038

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS
WORK HARD WORK SAFE

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | | 21.50 | 860.00 | | | | | | 1-30-21 to |
| | 2.50 | 32.25 | | 80.63 | | | | | 2-05-21 |

No. 48038
TOTAL PAY: 940.63

**DEDUCTIONS THIS PERIOD**

| FWH | 47.30 | MED | 13.64 | SOC | 58.32 |

TOTAL DEDUCTIONS: 119.26

NET PAY

**EMPLOYEE INFORMATION** / **YEAR - TO - DATE TOTALS**

ORLANDO MONZON, JR.    GROSS   3819.76   FICA   292.22   SDI   .00
XXX-XX-3791            FWH     143.64    SWH    .00

821.37

---

**Downrite Engineering Corp.**
**PAYROLL ACCOUNT**

No. 48716

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS
WORK HARD WORK SAFE

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | | 21.50 | 860.00 | | | | | | 2-06-21 to |
| | 2.00 | 32.25 | | 64.50 | | | | | 2-12-21 |

No. 48716
TOTAL PAY: 924.50

**DEDUCTIONS THIS PERIOD**

| FWH | 45.36 | MED | 13.40 | SOC | 57.31 |

TOTAL DEDUCTIONS: 116.07

NET PAY

**EMPLOYEE INFORMATION** / **YEAR - TO - DATE TOTALS**

ORLANDO MONZON, JR.    GROSS   4744.26   FICA   362.93   SDI   .00
XXX-XX-3791            FWH     189.00    SWH    .00

808.43

---

**Downrite Engineering Corp.**
**PAYROLL ACCOUNT**

No. 50087

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS
WORK HARD WORK SAFE

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | | 21.50 | 860.00 | | | | | | 2-20-21 to |
| | 10.50 | 32.25 | | 338.63 | | | | | 2-26-21 |

No. 50087
TOTAL PAY: 1198.63

**DEDUCTIONS THIS PERIOD**

| FWH | 78.26 | MED | 17.38 | SOC | 74.32 |

TOTAL DEDUCTIONS: 169.96

NET PAY

**EMPLOYEE INFORMATION** / **YEAR - TO - DATE TOTALS**

ORLANDO MONZON, JR.    GROSS   6948.02   FICA   531.53   SDI   .00
XXX-XX-3791            FWH     322.30    SWH    .00

1028.67

## Check No. 50088

Downrite Engineering Corp. PAYROLL ACCOUNT

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 8.00 | | 32.25 | 258.00 | | | | | | 2-20-21 to 2-26-21 |

TOTAL PAY: 258.00

### DEDUCTIONS THIS PERIOD

| MED | 3.74 | SOC | 15.99 |

TOTAL DEDUCTIONS: 19.73

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

ORLANDO MONZON, JR.
XXX-XX-3791

| GROSS | 7206.02 | FICA | 551.26 | SDI | .00 |
| FWH | 322.30 | SWH | .00 |

NET PAY: 238.27

---

## Check No. 50781

Downrite Engineering Corp. PAYROLL ACCOUNT

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | | 21.50 | 860.00 | | | | | | 2-27-21 to 3-05-21 |
| | 10.00 | 32.25 | | 322.50 | | | | | |

TOTAL PAY: 1182.50

### DEDUCTIONS THIS PERIOD

| FWH | 76.32 | MED | 17.14 | SOC | 73.32 |

TOTAL DEDUCTIONS: 166.78

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

ORLANDO MONZON, JR.
XXX-XX-3791

| GROSS | 8388.52 | FICA | 641.72 | SDI | .00 |
| FWH | 398.62 | SWH | .00 |

NET PAY: 1015.72

---

## Check No. 51468

Downrite Engineering Corp. PAYROLL ACCOUNT

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | | 21.50 | 860.00 | | | | | | 3-06-21 to 3-12-21 |
| | 13.50 | 32.25 | | 435.38 | | | | | |

TOTAL PAY: 1295.38

### DEDUCTIONS THIS PERIOD

| FWH | 89.87 | MED | 18.79 | SOC | 80.31 |

TOTAL DEDUCTIONS: 188.97

### EMPLOYEE INFORMATION / YEAR-TO-DATE TOTALS

ORLANDO MONZON, JR.
XXX-XX-3791

| GROSS | 9683.90 | FICA | 740.82 | SDI | .00 |
| FWH | 488.49 | SWH | .00 |

NET PAY: 1106.41

---

## Check No. 55637

Downrite Engineering Corp. PAYROLL ACCOUNT

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |