# Downrite Engineering Corporation
14241 SOUTHWEST 143 COURT • MIAMI, FLORIDA 33186 • PHONE: (305) 232-2340 • FAX: (305) 256-1161

## PERSONNEL ACTION FORM

FOR: Monzon Orlando Jr         Loader Operator         DATE: 4-15-13
EMPLOYEE NAME (Last, First, Middle)   EMPLOYEE TITLE           Earthwork
                                                                DEPARTMENT

## VACATION REQUEST

| DAYS REQUESTED | STARTING DATE | RETURN DATE |
|---|---|---|
| Sept 19, 2013 | 9-14-13 | 9-23-13 |

☒ INITIAL REQUEST
☐ CHANGE IN SCHEDULED VACATION

EMPLOYEE'S SIGNATURE

SUPERVISOR'S SIGNATURE

| DATE EMPLOYED | EFFECTIVE DATE | VAC. TIME AVAILABLE | PAYROLL SUPERVISOR |
|---|---|---|---|
|  |  | 0 |  |

Superintendent Approval          Executive Approval

## JOB or PAY CHANGE REQUEST

☐ New Job Classification   FROM OLD: ____   TO NEW: ____

☒ Rate Change   FROM OLD: 14.00   TO NEW: 15.00

HIRE DATE: 3-17-12 (rehire)
LAST RAISE DATE: n/a

Supervisor: Jack Cook

|  | GOOD | FAIR | POOR |  | GOOD | FAIR | POOR |
|---|---|---|---|---|---|---|---|
| Appearance | ☐ | ☐ | ☐ | Job Skills | ☐ | ☐ | ☐ |
| Attendance | ☐ | ☐ | ☐ | Advancement Potential | ☐ | ☐ | ☐ |
| Work Attitude | ☐ | ☐ | ☐ | Cooperation | ☐ | ☐ | ☐ |
| Initiative | ☐ | ☐ | ☐ | Sense of Responsibility | ☐ | ☐ | ☐ |
| Productivity | ☐ | ☐ | ☐ | Safety Attitude | ☐ | ☐ | ☐ |

REMARKS or JUSTIFICATION: Not employed 3yrs

Supervisor's Approval     Date     Payroll Supervisor     Effective Date

Superintendent Approval          Executive Approval

DRE 0011

# Downrite Engineering Corporation
14241 SOUTHWEST 143 COURT • MIAMI, FLORIDA 33186 • PHONE: (305) 232-2340 • FAX: (305) 256-1161

## PERSONNEL ACTION FORM

DATE: 2-28-14

FOR: ORLANDO MONZON JR ~~[struck through]~~   ECHAN
EMPLOYEE NAME (Last, First, Middle)   EMPLOYEE TITLE: Operator   DEPARTMENT

## VACATION REQUEST

| DAYS REQUESTED | STARTING DATE | RETURN DATE |
|---|---|---|
| 6 | 4-14-14 | 4-21-14 |

☑ INITIAL REQUEST
☐ CHANGE IN SCHEDULED VACATION

EMPLOYEE'S SIGNATURE: [signature]
SUPERVISOR'S SIGNATURE:

| DATE EMPLOYED | EFFECTIVE DATE | VAC. TIME AVAILABLE | PAYROLL SUPERVISOR |
|---|---|---|---|
| | | | |

Superintendent Approval        Executive Approval

## JOB or PAY CHANGE REQUEST

☐ New Job Classification   FROM OLD: 
TO NEW:

☑ Rate Change   FROM OLD: 15.00 hr
TO NEW: 16.00 hr

HIRE DATE: 3·7·12
LAST RAISE DATE: 5·3·13

Supervisor: Jack Cook

*hasn't been a year.

|  | GOOD | FAIR | POOR |  | GOOD | FAIR | POOR |
|---|---|---|---|---|---|---|---|
| Appearance | ☑ | ☐ | ☐ | Job Skills | ☑ | ☐ | ☐ |
| Attendance | ☑ | ☐ | ☐ | Advancement Potential | ☑ | ☐ | ☐ |
| Work Attitude | ☑ | ☐ | ☐ | Cooperation | ☑ | ☐ | ☐ |
| Initiative | ☑ | ☐ | ☐ | Sense of Responsibility | ☑ | ☐ | ☐ |
| Productivity | ☑ | ☐ | ☐ | Safety Attitude | ☑ | ☐ | ☐ |

→ JR ←

REMARKS or JUSTIFICATION: ① Time available — not employed 3 yrs
SAM

Supervisor's Approval        Date        Payroll Supervisor        Effective Date
Superintendent Approval              Executive Approval

DRE 0016

# Downrite Engineering Corporation

14241 SOUTHWEST 143 COURT • MIAMI, FLORIDA 33186 • PHONE: (305) 232-2340 • FAX: (305) 256-1161

## PERSONNEL ACTION FORM

FOR: Monzon Orlando
EMPLOYEE NAME (Last, First, Middle)

EMPLOYEE TITLE: Operator

DATE: 6-2-14
DEPARTMENT: Earth

### VACATION REQUEST

| DAYS REQUESTED | STARTING DATE | RETURN DATE |
|---|---|---|
| | | |

| | EMPLOYEE'S SIGNATURE | SUPERVISOR'S SIGNATURE |
|---|---|---|
| ☐ INITIAL REQUEST<br>☐ CHANGE IN SCHEDULED VACATION | | |

| DATE EMPLOYED | EFFECTIVE DATE | VAC. TIME AVAILABLE | PAYROLL SUPERVISOR |
|---|---|---|---|
| | | | |

Superintendent Approval

Executive Approval

(section crossed out)

### JOB or PAY CHANGE REQUEST

☐ New Job Classification — FROM OLD: _____ TO NEW: _____

☒ Rate Change — FROM OLD: 15.00   TO NEW: 16.00

HIRE DATE: 3/7/2012
LAST RAISE DATE: 5/3/2013
Supervisor: Jack Cook

| | GOOD | FAIR | POOR | | GOOD | FAIR | POOR |
|---|---|---|---|---|---|---|---|
| Appearance | ☐ | ☐ | ☐ | Job Skills | ☐ | ☐ | ☐ |
| Attendance | ☐ | ☐ | ☐ | Advancement Potential | ☐ | ☐ | ☐ |
| Work Attitude | ☐ | ☐ | ☐ | Cooperation | ☐ | ☐ | ☐ |
| Initiative | ☐ | ☐ | ☐ | Sense of Responsibility | ☐ | ☐ | ☐ |
| Productivity | ☐ | ☐ | ☐ | Safety Attitude | ☐ | ☐ | ☐ |

REMARKS or JUSTIFICATION: _____

Supervisor's Approval        Date        Payroll Supervisor        Effective Date

Superintendent Approval                  Executive Approval

DRE 0015

# Downrite Engineering Corporation
14241 SOUTHWEST 143 COURT • MIAMI, FLORIDA 33186 • PHONE: (305) 232-2340 • FAX: (305) 256-1161

## PERSONNEL ACTION FORM

DATE: 4-10-15

FOR: Monzon Orlando
EMPLOYEE NAME (Last, First, Middle)

Operator
EMPLOYEE TITLE

Earth
DEPARTMENT

### VACATION REQUEST

| DAYS REQUESTED | STARTING DATE | RETURN DATE |
|---|---|---|
|  |  |  |

☐ INITIAL REQUEST
☐ CHANGE IN SCHEDULED VACATION

| EMPLOYEE'S SIGNATURE | SUPERVISOR'S SIGNATURE |
|---|---|
|  |  |

| DATE EMPLOYED | EFFECTIVE DATE | VAC. TIME AVAILABLE | PAYROLL SUPERVISOR |
|---|---|---|---|
|  |  |  |  |

Superintendent Approval          Executive Approval

(vacation section crossed out)

### JOB or PAY CHANGE REQUEST

☐ New Job Classification

| FROM OLD | |
|---|---|
| TO NEW | |

☒ Rate Change

| FROM OLD | 16.00 |
|---|---|
| TO NEW | 17.00 |

$17.00

HIRE DATE: 3/7/12
LAST RAISE DATE: 6/2/14

Supervisor: _(signature)_

|  | GOOD | FAIR | POOR |  | GOOD | FAIR | POOR |
|---|---|---|---|---|---|---|---|
| Appearance | ☐ | ☐ | ☐ | Job Skills | ☐ | ☐ | ☐ |
| Attendance | ☐ | ☐ | ☐ | Advancement Potential | ☐ | ☐ | ☐ |
| Work Attitude | ☐ | ☐ | ☐ | Cooperation | ☐ | ☐ | ☐ |
| Initiative | ☐ | ☐ | ☐ | Sense of Responsibility | ☐ | ☐ | ☐ |
| Productivity | ☐ | ☐ | ☐ | Safety Attitude | ☐ | ☐ | ☐ |

REMARKS or JUSTIFICATION: _____

Supervisor's Approval          Date          Payroll Supervisor          Effective Date

Superintendent Approval                     Executive Approval

DRE 007

# Downrite Engineering Corporation

14241 SOUTHWEST 143 COURT • MIAMI, FLORIDA 33186 • PHONE: (305) 232-2340 • FAX: (305) 256-1161

## PERSONNEL ACTION FORM

DATE: 6-18-15

FOR: Monzon Orlando Jr
EMPLOYEE NAME (Last, First, Middle)

Loader Operator
EMPLOYEE TITLE

Earth
DEPARTMENT

## VACATION REQUEST

| DAYS REQUESTED | STARTING DATE | RETURN DATE |
|---|---|---|
| 5 days | 6-29-15 | 7-6-15 |

[X] INITIAL REQUEST
[ ] CHANGE IN SCHEDULED VACATION

EMPLOYEE'S SIGNATURE: [signed]
SUPERVISOR'S SIGNATURE:

| DATE EMPLOYED | EFFECTIVE DATE | VAC. TIME AVAILABLE | PAYROLL SUPERVISOR |
|---|---|---|---|
| 3/7/12 | | 40 hrs | [signed] |

Superintendent Approval

Executive Approval [signed]

## JOB or PAY CHANGE REQUEST

[ ] New Job Classification   FROM OLD: _____   TO NEW: _____

[ ] Rate Change   FROM OLD: _____   TO NEW: _____

HIRE DATE: _____
LAST RAISE DATE: _____

Supervisor: _____

|  | GOOD | FAIR | POOR |  | GOOD | FAIR | POOR |
|---|---|---|---|---|---|---|---|
| Appearance | ☐ | ☐ | ☐ | Job Skills | ☐ | ☐ | ☐ |
| Attendance | ☐ | ☐ | ☐ | Advancement Potential | ☐ | ☐ | ☐ |
| Work Attitude | ☐ | ☐ | ☐ | Cooperation | ☐ | ☐ | ☐ |
| Initiative | ☐ | ☐ | ☐ | Sense of Responsibility | ☐ | ☐ | ☐ |
| Productivity | ☐ | ☐ | ☐ | Safety Attitude | ☐ | ☐ | ☐ |

REMARKS or JUSTIFICATION: _____

Supervisor's Approval   Date   Payroll Supervisor   Effective Date

Superintendent Approval   Executive Approval

DRE 008

# Downrite Engineering Corporation

14241 SOUTHWEST 143 COURT • MIAMI, FLORIDA 33186 • PHONE: (305) 232-2340 • FAX: (305) 256-1161

## PERSONNEL ACTION FORM

DATE: 4-7-17

FOR: Monzon Orlando
EMPLOYEE NAME (Last, First, Middle)

Operator
EMPLOYEE TITLE

Earthwork
DEPARTMENT

### VACATION REQUEST

| DAYS REQUESTED | STARTING DATE | RETURN DATE |
|---|---|---|
| 5 | 5-8-17 | 5-14-17 |

☐ INITIAL REQUEST
☐ CHANGE IN SCHEDULED VACATION

EMPLOYEE'S SIGNATURE | SUPERVISOR'S SIGNATURE

DATE EMPLOYED | EFFECTIVE DATE | VAC. TIME AVAILABLE | PAYROLL SUPERVISOR

Superintendent Approval | Executive Approval

### JOB or PAY CHANGE REQUEST

☐ New Job Classification  FROM OLD: _____  TO NEW: _____

☑ Rate Change  FROM OLD: 18:00  TO NEW: 19:00

HIRE DATE: 3-7-12
LAST RAISE DATE: 4-15-16

Supervisor: _____

|  | GOOD | FAIR | POOR |  | GOOD | FAIR | POOR |
|---|---|---|---|---|---|---|---|
| Appearance | ☐ | ☐ | ☐ | Job Skills | ☐ | ☐ | ☐ |
| Attendance | ☐ | ☐ | ☐ | Advancement Potential | ☐ | ☐ | ☐ |
| Work Attitude | ☐ | ☐ | ☐ | Cooperation | ☐ | ☐ | ☐ |
| Initiative | ☐ | ☐ | ☐ | Sense of Responsibility | ☐ | ☐ | ☐ |
| Productivity | ☐ | ☐ | ☐ | Safety Attitude | ☐ | ☐ | ☐ |

REMARKS or JUSTIFICATION: _____

Supervisor's Approval | Date | Payroll Supervisor | Effective Date

Superintendent Approval | Executive Approval

DRE 0013

# Downrite Engineering Corporation

14241 SOUTHWEST 143 COURT • MIAMI, FLORIDA 33186 • PHONE: (305) 232-2340 • FAX: (305) 256-1161

## PERSONNEL ACTION FORM

DATE: 10-17-17

FOR: Monzon Orlando Jr
EMPLOYEE NAME (Last, First, Middle)

Operator
EMPLOYEE TITLE

Earth
DEPARTMENT

## VACATION REQUEST

| DAYS REQUESTED | STARTING DATE | RETURN DATE |
|---|---|---|
| 5 | 10-23-17 | 10-30-17 |

☒ INITIAL REQUEST
☐ CHANGE IN SCHEDULED VACATION

EMPLOYEE'S SIGNATURE: [signed]
SUPERVISOR'S SIGNATURE:

| DATE EMPLOYED | EFFECTIVE DATE | VAC. TIME AVAILABLE | PAYROLL SUPERVISOR |
|---|---|---|---|
| 3/7/12 | | 40hrs | |

Superintendent Approval: [signed]

Executive Approval: [signed]

## JOB or PAY CHANGE REQUEST

☐ New Job Classification — FROM OLD / TO NEW

☐ Rate Change — FROM OLD / TO NEW  [X]

HIRE DATE:
LAST RAISE DATE:

Supervisor: _____

|  | GOOD | FAIR | POOR |  | GOOD | FAIR | POOR |
|---|---|---|---|---|---|---|---|
| Appearance | ☐ | ☐ | ☐ | Job Skills | ☐ | ☐ | ☐ |
| Attendance | ☐ | ☐ | ☐ | Advancement Potential | ☐ | ☐ | ☐ |
| Work Attitude | ☐ | ☐ | ☐ | Cooperation | ☐ | ☐ | ☐ |
| Initiative | ☐ | ☐ | ☐ | Sense of Responsibility | ☐ | ☐ | ☐ |
| Productivity | ☐ | ☐ | ☐ | Safety Attitude | ☐ | ☐ | ☐ |

REMARKS or JUSTIFICATION: _____

Supervisor's Approval        Date        Payroll Supervisor        Effective Date

Superintendent Approval              Executive Approval

DRE 0014

# Downrite Engineering Corporation

14241 SOUTHWEST 143 COURT • MIAMI, FLORIDA 33186 • PHONE: (305) 232-2340 • FAX: (305) 256-1161

## PERSONNEL ACTION FORM

DATE: 7-5-18

FOR: Monzon, Orlando    operatin    ~~Fo~~an
EMPLOYEE NAME (Last, First, Middle)    EMPLOYEE TITLE    DEPARTMENT

**VACATION REQUEST**    vacatin  ① Payout  ② No Pay

| DAYS REQUESTED | STARTING DATE | RETURN DATE |
|---|---|---|
| 2 wks | | |

☐ INITIAL REQUEST
☐ CHANGE IN SCHEDULED VACATION

EMPLOYEE'S SIGNATURE    SUPERVISOR'S SIGNATURE: Wilmer called in

| DATE EMPLOYED | EFFECTIVE DATE | VAC. TIME AVAILABLE | PAYROLL SUPERVISOR |
|---|---|---|---|
| 3·7·12 | | 1 pd | |

Superintendent Approval    Executive Approval

## JOB or PAY CHANGE REQUEST

☐ New Job Classification  FROM OLD / TO NEW

☐ Rate Change  FROM OLD / TO NEW

HIRE DATE:
LAST RAISE DATE:

Supervisor: _____

|  | GOOD | FAIR | POOR |  | GOOD | FAIR | POOR |
|---|---|---|---|---|---|---|---|
| Appearance | ☐ | ☐ | ☐ | Job Skills | ☐ | ☐ | ☐ |
| Attendance | ☐ | ☐ | ☐ | Advancement Potential | ☐ | ☐ | ☐ |
| Work Attitude | ☐ | ☐ | ☐ | Cooperation | ☐ | ☐ | ☐ |
| Initiative | ☐ | ☐ | ☐ | Sense of Responsibility | ☐ | ☐ | ☐ |
| Productivity | ☐ | ☐ | ☐ | Safety Attitude | ☐ | ☐ | ☐ |

REMARKS or JUSTIFICATION: _____

Supervisor's Approval    Date    Payroll Supervisor    Effective Date
Superintendent Approval    Executive Approval

DRE 006

# Downrite Engineering Corporation

14241 SOUTHWEST 143 COURT • MIAMI, FLORIDA 33186 • PHONE: (305) 232-2340 • FAX: (305) 256-1161

## PERSONNEL ACTION FORM

DATE: 11-12-18

FOR: Marzon Orlando (Junior)    Loader Op    Earthwork
EMPLOYEE NAME (Last, First, Middle)    EMPLOYEE TITLE    DEPARTMENT

## VACATION REQUEST

| DAYS REQUESTED | STARTING DATE | RETURN DATE |
|---|---|---|
|  |  |  |

☐ INITIAL REQUEST
☐ CHANGE IN SCHEDULED VACATION

| EMPLOYEE'S SIGNATURE | SUPERVISOR'S SIGNATURE |
|---|---|

| DATE EMPLOYED | EFFECTIVE DATE | VAC. TIME AVAILABLE | PAYROLL SUPERVISOR |
|---|---|---|---|

Superintendent Approval    Executive Approval

## JOB or PAY CHANGE REQUEST

☐ New Job Classification    FROM OLD: ____    TO NEW: ____

☒ Rate Change    FROM OLD: 19.00    TO NEW: 20.50

HIRE DATE: 3-7-17
LAST RAISE DATE: 4-14-17

Supervisor: _____

|  | GOOD | FAIR | POOR |  | GOOD | FAIR | POOR |
|---|---|---|---|---|---|---|---|
| Appearance | ☐ | ☐ | ☐ | Job Skills | ☐ | ☐ | ☐ |
| Attendance | ☐ | ☐ | ☐ | Advancement Potential | ☐ | ☐ | ☐ |
| Work Attitude | ☐ | ☐ | ☐ | Cooperation | ☐ | ☐ | ☐ |
| Initiative | ☐ | ☐ | ☐ | Sense of Responsibility | ☐ | ☐ | ☐ |
| Productivity | ☐ | ☐ | ☐ | Safety Attitude | ☐ | ☐ | ☐ |

REMARKS or JUSTIFICATION: _____

Supervisor's Approval    Date: 11-12-18    Payroll Supervisor    Effective Date

Superintendent Approval    Executive Approval

DRE 0057

# Downrite Engineering Corporation

14241 SOUTHWEST 143 COURT • MIAMI, FLORIDA 33186 • PHONE: (305) 232-2340 • FAX: (305) 256-1161

## PERSONNEL ACTION FORM

FOR: **Monzon Orlando Jr**    **Operator**    DATE: **4-19-19**
EMPLOYEE NAME (Last, First, Middle)    EMPLOYEE TITLE    DEPARTMENT: **Earthwork**

## VACATION REQUEST

| DAYS REQUESTED | STARTING DATE | RETURN DATE |
|---|---|---|
| 5 Days | 5-27-19 | 6-3-19 |

☐ INITIAL REQUEST
☐ CHANGE IN SCHEDULED VACATION

EMPLOYEE'S SIGNATURE: [signature]
SUPERVISOR'S SIGNATURE: [signature]

| DATE EMPLOYED | EFFECTIVE DATE | VAC. TIME AVAILABLE | PAYROLL SUPERVISOR |
|---|---|---|---|
| 3.7.12 | | 20 | [signature] |

Superintendent Approval    Executive Approval

## JOB or PAY CHANGE REQUEST

☐ New Job Classification   FROM OLD: ____   TO NEW: ____
☐ Rate Change   FROM OLD: ____   TO NEW: ____ [X]

HIRE DATE: ____
LAST RAISE DATE: ____

Supervisor: **Wilmn**

|  | GOOD | FAIR | POOR |  | GOOD | FAIR | POOR |
|---|---|---|---|---|---|---|---|
| Appearance | ☐ | ☐ | ☐ | Job Skills | ☐ | ☐ | ☐ |
| Attendance | ☐ | ☐ | ☐ | Advancement Potential | ☐ | ☐ | ☐ |
| Work Attitude | ☐ | ☐ | ☐ | Cooperation | ☐ | ☐ | ☐ |
| Initiative | ☐ | ☐ | ☐ | Sense of Responsibility | ☐ | ☐ | ☐ |
| Productivity | ☐ | ☐ | ☐ | Safety Attitude | ☐ | ☐ | ☐ |

REMARKS or JUSTIFICATION: ____

Supervisor's Approval    Date    Payroll Supervisor    Effective Date

Superintendent Approval    Executive Approval

DRE 003

# Downrite Engineering Corporation

14241 SOUTHWEST 143 COURT • MIAMI, FLORIDA 33186 • PHONE: (305) 232-2340 • FAX: (305) 256-1161

## PERSONNEL ACTION FORM

FOR: ORLANDO Monzon JR    LoderOperator     DATE: 11-20-20
EMPLOYEE NAME (Last, First, Middle)    EMPLOYEE TITLE    DEPARTMENT

## VACATION REQUEST

| DAYS REQUESTED | STARTING DATE | RETURN DATE |
|---|---|---|
| | | |

| ☐ INITIAL REQUEST<br>☐ CHANGE IN SCHEDULED VACATION | EMPLOYEE'S SIGNATURE | SUPERVISOR'S SIGNATURE |
|---|---|---|
| DATE EMPLOYED | EFFECTIVE DATE | VAC. TIME AVAILABLE | PAYROLL SUPERVISOR |

Superintendent Approval                Executive Approval

## JOB or PAY CHANGE REQUEST

☐ New Job Classification  FROM OLD: ___  TO NEW: ___
☒ Rate Change  FROM OLD: $20-50  TO NEW: 21-50

HIRE DATE: 2000 3/12
LAST RAISE DATE: 2019 11/6/18
Supervisor: Jams

|  | GOOD | FAIR | POOR |  | GOOD | FAIR | POOR |
|---|---|---|---|---|---|---|---|
| Appearance | ☒ | ☐ | ☐ | Job Skills | ☒ | ☐ | ☐ |
| Attendance | ☐ | ☒ | ☐ | Advancement Potential | ☒ | ☐ | ☐ |
| Work Attitude | ☒ | ☐ | ☐ | Cooperation | ☒ | ☐ | ☐ |
| Initiative | ☒ | ☐ | ☐ | Sense of Responsibility | ☒ | ☐ | ☐ |
| Productivity | ☒ | ☐ | ☐ | Safety Attitude | ☒ | ☐ | ☐ |

REMARKS or JUSTIFICATION: All around good guy, productive, responsible. His attendance has been less than perfect due to his mothers failing health and the need for his care. But he always calls ahead so I have time to make other arrangements. I appreciate his work ethic

Supervisor's Approval    Date    Payroll Supervisor    Effective Date

James McLellan
Superintendent Approval        Executive Approval

DRE-002