# DOWNRITE ENGINEERING CORPORATION
## SAMACO INC.

# Safety & Employee Policy Manual

DRE TR000008

DOWNRITE ENGINEERING CORPORATION AND SAMACO INC.

# Safety & Employee Policy Manual

© Downrite Engineering Corp.
14241 SW 143rd Court
Miami, FL 33186
Phone 305.232.2340 -Fax 203.232.5386

Safety & Employee Policy Manual 2017 Edition.

DRE TR000009

# Table of Contents

| TITLE | PAGE |
|---|---|
| **INTRODUCTION: YOU AND YOUR COMPANY** | 1 |

**EMPLOYEE BENEFITS AND WORK RULES**

| | |
|---|---|
| Pay Rate/Classifications | 2 |
| Pay Period | 2 |
| Time Sheets | 2 |
| Lunch/Dinner Breaks | 3 |
| Overtime | 3 |
| Holidays | 3 |
| Pro-Employee. Union Free Company | 3 |
| Hiring Policy | 4 |
| Probationary Policy | 5 |
| Termination | 5 |
| Paychecks | 5 |
| Military Leave | 5 |
| Attendance | 6 |
| Dress Code | 7 |
| Work Uniform Service | 7 |
| Company Provided Transportation | 7 |
| Health and Welfare | 7 |
| Employee Conduct and Disciplinary Action | 8,9 |
| Employee Disputes | 9,10 |
| Arbitration Policy | 11 |
| Lie Detector Testing | 11 |
| Solicitation and Distribution of Company Property | 11 |
| Computer Policy | 11 |

**PUBLIC POLICY**

| | |
|---|---|
| Family Medical Leave Act | 12 |
| Statement of EEO Policy | 12 |
| Americans with Disabilities Act | 12 |
| Unlawful Harassment/Discrimination | 12, 13 |
| Drug and Alcohol Policy | 14-17 |

DRE TR000010

## SAFETY POLICIES

| | |
|---|---|
| Hazard Communication | 18 |
| Excavations | 19 |
| Confined Spaces | 19 |
| Refueling Operations | 20 |
| Operation of Company Vehicles | 20 |
| Accidents Involving Company Vehicles | 21 |
| Use of Personal Electronic Devices | 21, 22 |
| Indemnification for Accidents/Damage | 22 |
| Zero Accidents | 23 |
| Personal Protection and Conduct | 23 |
| General Safety Rules | 24 |
| Accidents, Problems and Unsafe Conditions | 24 |
| Job Superintendent Safety Responsibilities | 25 |
| CPR & First Aid Training | 26 |

### Vehicle and Equipment Operations:

| | |
|---|---|
| General | 27 |
| Self-Propelled Equipment | 28, 29 |
| On-Highway Trucks, Service Trucks, & Tractor Drivers | 30 |
| Paver Operators | 31 |
| Self-propelled Compactor & Vibratory Roller | 31 |
| Motor Grader | 31 |
| Front End Loader | 32 |
| Bulldozer or Track End Loader | 32 |
| Off-Highway Dump Trucks | 33 |
| Excavator and Backhoe | 33 |

### Crews

| | |
|---|---|
| Water, Sewer, Drainage, Misc. | 34 |
| Engineering and Survey | 34 |
| Flag Persons and Traffic Control | 35 |
| Maintenance Personnel | 35, 36 |
| Ladder Safety Tips | 36 |
| Lightning | 37 |
| Back to Work Program | 37 |

### Acknowledgment

| | |
|---|---|
| Acknowledgment | 38 |

DRE TR000011

# Downrite Engineering Corp. & Samaco Inc.
# Safety & Employee Policy Manual

We recognize that communication is an important part of the employment relationship, and the primary reason for this handbook. We suggest that you keep it where you can refer to it from time to time. We certainly welcome comments from employees on any of the covered subjects and encourage employees to ask their supervisor if they do not understand the Company's Policy.

## You and Your Company-All References in This Handbook to the "Company' Refer to DOWNRITE Engineering Corp. and SAMACO Inc.

We welcome you as an employee to our organization. This manual applies to all employees of Downrite Engineering Corp. and SAMACO Inc.
We hope that you will find your work interesting, rewarding, and pleasant. During your term of employment with our Company, we expect you to work in a safe and efficient manner. To help you, we have prepared this handbook on employment and safety policies, which establishes a general guide for the information of all employees and management personnel. The policies and rules covered in this handbook are the results of many years of experience in the construction industry. We believe they will provide time-tested and proven guidelines for our mutual benefit and welfare. As an employee, you are required to know these employment and safety policies and comply with them.

**This handbook is not a contract. Although it is to our mutual advantage to maintain a stable workforce, nothing in this handbook alters the fact that all employees are employed for an indefinite period, and that such employment may be terminated at any time, with or without cause or notice, at the will of either the Company or the employee. Neither this handbook, nor any individual policies, related practices or guidelines are to be construed as any guarantee of employment, employment contract, or part of any employment contract. The Company reserves the right to revise, supplement and rescind, or deviate from any policy or provision of this Handbook, without notice, at its sole and absolute discretion consistent with all applicable federal and state laws. This handbook supersedes all prior handbook(s) and / or policies.**

DRE TR000012

# Employee Benefits & Work Rules

## PAY RATE/CLASSIFICATIONS

Employees are paid by either salaried or hourly rates consistent with the Fair Labor Standards Act (FLSA). Hourly rates for new employees are based on the legal minimum wage and competitive conditions of our work area. General pay increases for all  employees are not given. Individual rate increases are based on job performance and determined by the supervisor.

## PAY PERIOD

The standard work week consists of 40 hours per week - Monday thru Friday, 8 hours per day, 7:00 a.m. - 3:30 p.m. certain departments, due to the nature of their work, have different hours. Since the nature of the construction business varies depending on jobs, many employees may be required to work different hours, overtime, weekends and holidays. Supervisors or the personnel department will contact employees in advance to notify them of changes in work hours/schedules, locations to work and overtime needed.

## TIME SHEETS

Each employee, salary and hourly, is required to keep a time sheet, recording the time in and out each day, the job site and job number they worked at and what they worked on. The employee is also required to obtain their supervisor's signature for each day worked. It is important the job site/number and tasks worked on each day are indicated on all time sheets for job costing purposes. Time sheets must be turned in to the main office by 5:00pm each Monday. If an employee is working later than 5:00pm on Monday, they will be allowed to turn in their time sheet Tuesday morning by 9:00am if they notify the main office on Monday. Time sheets turned in late may not be included in the weekly payroll.

## LUNCH/DINNER BREAKS

Employees are entitled to a 1/2 hour lunch/dinner break for the first 6 hours worked. Employees working more than 12 hours are entitled to two 1/2 hour lunch/dinner break. These breaks are not paid and should be noted on the time sheets submitted each week.

## OVERTIME

Salary employees ("exempt") receive a weekly pay rate for forty hours worked. Those employees may be eligible for vacation and sick days. They do not receive overtime. Hourly employees ("non-exempt") receive an hourly pay rate and are eligible for overtime at one and a half times their hourly rate in order to receive the overtime rate; 40 hours must be worked within the one week work period. Non-exempt employees are not authorized to work overtime unless previously approved by their supervisor. Non-exempt employees are not to arrive to work before their assigned time and not stay later than their assigned time unless previously approved by their supervisor.

DRE TR000013

## HOLIDAYS

Downrite Engineering recognizes the following holidays as non-work days unless otherwise specified by your supervisor.

- New Year's Day

- Memorial Day

- Fourth of July

- Labor Day

- Thanksgiving Day

- Christmas Day

## PRO-EMPLOYEE. UNION FREE COMPANY

The Company is a union-free organization. We do not discourage unions; however we prefer to deal with people directly rather than through a third party. Membership in a labor union is not a requirement or deterrent to receiving fair treatment from our company.

## HIRING POLICY

### The Company Is an Equal Opportunity Employer.

The Company's hiring practices vary depending on the position. Generally, there are several management personnel who do the hiring. For on-site construction labor, the superintendent and/or manager may handle interviews on-site. Employees are required to complete several employment forms and submit appropriate identification confirming their legal status to work in the United States.

**No potential employee shall start work until the new hire packet, and pre-employment drug screen are completed and turned in to the payroll office**

The required forms and information can be picked up from the main office and must be submitted to the Human Resources Department:

- Completed and signed Form W-4.

- Completed and signed Employment verification form (1-9).

- Current address, phone number and emergency contact information.

- Two forms of ID, to include photo I.D., social security number, proof of citizenship and/or proof of eligibility to work as a legal alien.

- In the United States (see below).

- United States Passport

3

DRE TR000014

**HIRING POLICY REQUIRED FORMS (Continued)**

- Certificate of United States Citizenship

- Certificate of Naturalization

- Un-expired foreign passport with Alien Registration

- Card with photograph (green card)

- State Drivers License

- MID card with photo or information regarding sex, date of birth, height and eye color.

- Original Social Security card

- Birth Certificate issued by state, county or municipal authority having a seal or other certification

- Un-expired INS employment.

- Authorization Specify form.

All changes to personnel information are to be reported to the personnel office. All Company employees are under probation for a period of 90 days from the first day of employment.

## PROBATIONARY POLICY

Employment with the Company shall be probationary for a period of ninety (90) days, and furthermore that at any time during the probationary period or thereafter, my employment relation with the Company is terminable at will for any reason by either party.

## TERMINATION POLICY

The Company practices fair employment polices. Under Florida law, an employer may terminate an employee at any time "for a good reason, a bad reason, or no reason at all." This is considered termination "at will". The Company will inform the employee why they are terminated in the event termination is necessary. Likewise, the Company requests employees to give a minimum of two weeks notice prior to leaving our company. The Company does not offer severance pay or pay for unused vacation or sick time.

## PAYCHECKS

The Company issues paychecks on a weekly basis. These checks are to be picked up at the main office on Friday no earlier than 3:30pm. Checks are to be picked up by Superintendents or Foreman of each crew. If an employee is not working they will be able to pick their check up at the main office on Friday after 3:30pm. The company will not issue checks in advance of the normal payday.

DRE TR000015

**MILITARY LEAVE POLICY**

As required by Federal Law, the Company provides certain re-employment rights to qualifying employees who have left their jobs to enter military service. These rights change as Federal laws change. Contact our Human Resources Manager if you have any questions concerning these rights. Full-time employees called to annual leave for any branch of the U.S. military will qualify for excused absence in accordance with the FMLA guidelines.

## ATTENDANCE

Punctuality and regular attendance are vital factors in the performance evaluation process. You are expected to report to your assigned job site on time. Chronic absenteeism or tardiness – defined as frequent, whether excused or unexcused, may result in disciplinary action, including termination.

Excused absence and lateness includes:

- Illness

- Accident

- Court appearance

- Jury duty

- Pre-arranged leave-of-absence

- Death in the immediate family

In order for any absence or tardiness to be excused, the employee is required to notify the main office as soon as possible. Notification after a full day's absence is not excused. Absence of two or more days without notifying the Company implies the employee has quit.

Absences due to illness or accident that continue for three consecutive days or longer require a written statement from a doctor stating that the employee was unable to work, and when they will be able to return to work. Absences due to jury duty or court appearance require documented proof, such as jury attendance notice, court notice, etc.

Frequent absences or lateness is considered to be "industrial misconduct". It constitutes conduct in violation of your employment obligation and amounts to intentional disregard of the company's interest. This conduct may result in disciplinary action including termination.

DRE TR000016

## DRESS CODE

Appropriate clothing must be worn on company job sites at all times. Long pants, proper footwear and sleeved shirts (long or short-sleeved). Safety shoes will be worn by those employees engaged in work where dangers of injury to the feet exist. Sneakers, tennis shoes, jogging shoes, canvas, mesh or open-toed shoes are not allowed to be worn at any time. Jewelry and rings are discouraged and absolutely prohibited where there is danger to fingers, hands or arms.

"Hard Hats" issued by the company remain the property of the company and will not be modified in any manner. No other head covering will be worn while wearing the company hard hat.

Each employee is issued a hard hat upon employment if working on jobsites. If the hard hat is lost or stolen, the employee will be charged upon issuing a replacement. Upon termination of employment, the employee must return the hard hat to Downrite.

## WORK UNIFORM SERVICE

You may be employed by a unit of the company, which requires uniform clothing. You will be required to make a small payroll deduction for weekly laundry service, should this be the case. Other field personnel may also sign up for this service. You may authorize the company to deduct the cost of uniform laundering from your paycheck. If interested, please contact the main office.

## COMPANY PROVIDED TRANSPORTATION

The Company provides vehicles to employees in certain jobs to conduct company business. These vehicles are allowed to be used for transportation between home and company work areas. The privilege can be withdrawn at any time.

## HEALTH AND WELFARE

The Company contributes to Florida's Worker's Compensation and Unemployment Compensation plan to provide you protection in the event of accidents, illness or unanticipated layoff from work. We also contribute toward your Social Security. Each of these contributions represents substantial cost to the company and a significant benefit to each employee. If you are injured on the job, you must notify your supervisor immediately in order to apply for any benefits. You and your supervisor are required to complete an accident report. Downrite does offer employee contribution health insurance. Downrite does not presently offer life insurance, pension or retirement plans, or dental / vision insurance. Downrite does not contribute or belong to any type of union group.

DRE TR000017

## EMPLOYEE CONDUCT & DISCIPLINARY ACTION

The Company wishes to handle all discipline in an equitable manner. Violations will generally result in the following steps; however, there may be situations when the Company elects to skip one or more steps:

Verbal Warning: For minor offenses the supervisor will review the incident with the employee, explain the incident and advise what action will be taken should another incident occur. A "Verbal Warning Notice" will be reviewed with the employee, signed and placed in the employee's personnel file.

Written Notice: For more serious violations or repeat minor offenses, the supervisor will review the facts with the employee and issue a 'Notice of Disciplinary Action". The employee will sign the notice and a copy will be placed in the personnel file. A written warning could result in a temporary suspension without pay or a termination.

Signing of verbal or written warnings does not constitute agreement by the employee, but indicates that the information was reviewed with the employee. The employee is encouraged to put his or her own comments on the notice prior to signing.

**Policy Statement:** Employees should be aware that the Company will not tolerate certain acts and behaviors that are unproductive or detrimental to the Company. These acts are usually acts of non-compliance or acts of misconduct and are handled through disciplinary action. The following situations provide examples of events requiring disciplinary action.

## ACTS OF NON-COMPLIANCE WHICH MAY RESULT IN DISCIPLINE OR IMMEDIATE TERMINATION

- Failure to maintain a desired level of performance after progressive counseling.

- Misuse of work time.

- Excessive absenteeism.

- Failure to comply with Company policies and rules.

- Repetitive disregard of stated rules and procedures (parking, safety equipment requirements, etc.)

- Disregard of authorized work request.

- Lack of cooperation.

- Failure to follow work instructions.

- Failure to stay at assigned work location.

- Employees involved in an accident where they are deemed at-fault.

DRE TR000018

## ACTS OF MISCONDUCT WHICH WILL RESULT IN
## IMMEDIATE TERMINATION

- Acts of violence.

- Endangering life or property.

- Harassment.

- Sexual harassment.

- Disclosure or misuse of confidential material.

- Reporting to or engaging in work while under the influence of illegal drugs or alcohol.

- Possession or sale of illegal drugs on Company property or job site.

- Theft or fraud.

- Threats, fighting, or other physical action against another person while on Company premises or job site.

- Possession of a weapon, including but not limited to firearms, ammunition or any other instrument, device or substance designed, intended or used to inflict harm upon persons or property at work or while on Company property.

- Disruptive behavior.

- Commission of any crime on Company premises or job site such as theft, unauthorized removal of or willful damage to property, unauthorized possession of alcohol/weapons/explosives, gambling, being found in possession of illegal drugs.

- Misrepresentations in any document submitted to the Company including but not limited to the employment application, evaluation or report.

## EMPLOYEE DISPUTES

The Company wishes to treat all employees fairly. We expect employees who feel that they have not been dealt with fairly to contact personnel and/or management. The employee should do as follows:

1. Discuss the matter with your immediate supervisor, or Human Resources Department if you are uncomfortable discussing with your supervisor.

2. Should you still feel that the problem has not been resolved, contact the Human Resources Department.

3. If the dispute is still not resolved, the Personnel Department will further investigate and request a meeting with you, your supervisor and the HR Dept. to resolve.

8

DRE TR000019

## EMPLOYEE DISPUTES (Continued)

All disputes and controversies of every kind and nature between any person deemed to be employed by the Company ("Employee") and the Company, its officers, employees, agents arising out of or in connection with the employment relationship including but not limited to conflicts which arise during the course of employment, such as wrongful termination, sexual harassment and discrimination based on race, color, religion, sex, national origin, age and disability, damages, liability, compensation, wages, discrimination of any kind, leave, sick pay, harassment, the existence of the employment relationship, validity, performance, nonperformance, enforcement, operation, breach, continuance, or termination of the employment relationship shall be submitted to arbitration pursuant to the procedure set forth in this agreement. Both parties agree that any proceedings, all documents and all information, including the substance and content thereof shall not be disclosed by any party or non-party to any other person or entity except to the extent that the party needs to disclose said information to an arbitrator, an expert or by order of the arbitrator.

## PROCEDURE & RULES

A. Prior to submitting a demand for arbitration by either party, the party must provide a written detailed statement of the complaint and exhaust the Company's internal review and investigation process before making a written demand for arbitration to the other party within 30 days after completing said internal review and investigation process. The demand for arbitration shall include the name of the party demanding arbitration, together with a detailed statement of the matter in controversy.

B. The parties shall choose one arbitrator to arbitrate the matter. Should the parties be unable to choose an arbitrator within 30 days from the filing of the arbitration demand, the Arbitration Committee of the American Arbitration Association shall appoint an arbitrator. The arbitration costs and expenses of each party shall be borne by that party.

C. The arbitration hearing shall be held at Miami, FL and if that venue is unavailable then in Atlanta, GA. The language of the arbitration shall be English. The Labor Arbitration Rules and procedures of American Arbitration Association shall be used in the arbitration hearing. An award rendered by the arbitrator appointed under this agreement shall be final and binding on all parties to the proceeding during the period of this agreement, and judgment on such award may be entered by either party in the highest court, state or federal, having jurisdiction. It is agreed that this agreement shall be governed by, construed, and enforced in accordance with the laws of the State of Florida and the Federal Arbitration Act.

DRE TR000020

## LIE DETECTOR TESTING

The Company does not require a lie detector test. The Company may request a test to be taken in the following circumstances:

(1) the test is administered in connection with an ongoing investigation involving economic loss or injury to the employer's business, such as theft, embezzlement, misappropriation, or an act of unlawful industrial espionage or sabotage;

(2) the employee had access to the property that is the subject of the investigation;

(3) the employer has a reasonable suspicion that the employee was involved in the incident or activity under investigation; and

(4) the employer executes a statement, provided to the examinee before the test, that

    (A) sets forth with particularity the specific incident or activity being investigated and the basis for testing particular employees,

    (B) is signed by a person (other than a polygraph examiner) authorized to legally bind the employer,

    (C) is retained by the employer for at least 3 years, and

    (D) contains at a minimum

        (i) an identification of the specific economic loss or injury to the business of the employer,

        (ii) a statement indicating that the employee had access to the property that is the subject of the investigation, and

        (iii) a statement describing the basis of the employer's reasonable suspicion that the employee was involved in the incident or activity under investigation.

The Company will provide the employee with a statement indicating the specific incident or activity being investigated and the reason why they are being tested. Employees are not required to take the test and cannot be terminated for refusal to take the test.

## SOLICITATION AND DISTRIBUTION ON COMPANY PROPERTY

### There Is No Solicitation or Distribution of Literature Allowed Company Property or On the Job Site Except as Allowed by Law.

Solicitation and distribution of literature or products on company property or job sites is strictly prohibited except as allowed by law.

Employees are not allowed to solicit merchandise or purchase merchandise on company property or during company work hours.

10

## COMPUTER, ELECTRONIC COMMUNICATION AND INTERNET USE POLICY

The following guidelines have been established for using the Internet, company-provided cell phones and e-mail in an appropriate, ethical and professional manner:

Internet, company-provided equipment (e.g., cell phone, laptops & computers) and services may not be used for transmitting, retrieving or storing any communications of a defamatory, discriminatory, harassing or pornographic nature.

The following actions are forbidden: using disparaging, abusive, profane or offensive language; creating, viewing or displaying materials that might adversely or negatively reflect upon Downrite Engineering or Samaco or be contrary to Downrite Engineering or Samaco's best interests; and engaging in any illegal activities, including piracy, cracking, extortion, blackmail, copyright infringement, and unauthorized access of any computers and company-provided equipment such as cell phones and laptops.

Employees may not copy, retrieve, modify or forward copyrighted materials, except with permission or as a single copy to reference only.

Employees must not use the system in a way that disrupts its use by others. Employees must not send or receive large files that could be saved / transferred via thumb drives. Employees are prohibited from sending or receiving files that are not related to work.

Employees should not open suspicious e-mails, pop-ups or downloads. Contact IT or your supervisor with any questions or concerns to reduce the release of viruses or to contain viruses immediately.

Internal and external e-mails are considered business records and may be subject to discovery in the event of litigation. Be aware of this possibility when sending e-mail within and outside the company.

### Right to Monitor

All company-supplied technology and company-related work records belong to the company and not to the employee. Downrite Engineering and Samaco routinely monitor use of company-supplied technology. Inappropriate or illegal use or communications may be subject to disciplinary action up to and including termination of employment.

### Social Media—Use of Social Media is Not Acceptable

Policy violations may result in discipline up to and including termination of employment.

DRE TR000022

## FAMILY & MEDICAL LEAVE ACT

Each employee is eligible for up to 12 weeks of FMLA unpaid leave over a 12-month period. FMLA allows eligible employees to take up to 12 weeks of unpaid leave for the purpose of the following:

- Birth and care of the employee's child, including placement of a child into adoptive or foster care with the employee.

- Care of the employee's own serious health condition.

- Care of an immediate family member who has a serious health condition.

- For any reason to or affected by a covered family member's active duty or call to active duty in the Armed Forces.

- To care for an injured or ill service member (may extend to twenty six (26) weeks).

All employees must comply with any applicable requirements under FMLA and all guidelines for obtaining FMLA leave by the Company including but not limited to notice and certification by your doctor.

## STATEMENT OF EEO POLICY

The Company, an equal opportunity employer, is dedicated to providing broad outreach regarding job vacancies and to ensure equal opportunity in employment and nondiscrimination in all of its policies and practices, including the area of employment. We consider applicants for all positions without regard to race, color, religion, creed, gender, national origin, age, disability, marital or veteran status, or any other legally protected status.

## AMERICANS WITH DISBILITIES ACT

Whenever possible, the company makes reasonable accommodations for qualified individuals with disabilities to the extent required by law. Employees who would like to request a reasonable accommodation should contact the Human Resources Department.

## Company Policy on Unlawful Harassment

## UNLAWFUL HARASSMENT

The Company seeks to ensure that harassment based on sex, race, age, religion, disability or ethnic group, or any other legally protected status does not occur in our workplace. Such behavior is totally unacceptable and will not be tolerated. As part of its dedication to Equal Employment Opportunity, the Company is committed to maintaining a workplace which all of our employees are free to perform their jobs without being subjected to any form of unlawful discrimination or harassment.

DRE TR000023

## Company Policy on Unlawful Harassment (Continued)

### The Company Forbids all Unlawful Harassment

### SEXUAL HARASSMENT

It is the Company's policy that all employees have a right to work in an environment free from any type of discrimination, including sexual harassment. For purposes of this policy, sexual harassment is defined as: unwelcome sexual advances, request for sexual favors, and other verbal or physical conduct of a sexual nature when:

1. Submission to such conduct is made either explicitly or implicitly as a term or condition of an individual's employment;
2. Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or
3. Such conduct has the purpose of or effect of unreasonable interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment.

Any employee who reasonably believes that he or she is a victim of sexual harassment should bring such concerns to the immediate attention of his or her supervisor. If that would prove to be uncomfortable (as, for example, if the supervisor is the alleged harasser), the aggrieved employee should directly contact the Human Resources Manager. Employees witnessing sexual harassment directed at other employees should immediately report any such incidents to their supervisor or the Human Resources Manager.

Under no circumstances will an employee who in good faith reports alleged incidents of sexual harassment, or who cooperates with an investigation of sexual harassment, be subjected to any form of reprisal or retaliation on account of his or her report or cooperation. Any employee who feels that he or she had been subjected to such reprisal or retaliation should report the reprisal or retaliation to his or her supervisor or the Human Resource Manager.

All allegations of harassment or retaliation will be taken seriously and will be promptly investigated as confidentially as possible. Appropriate corrective action will be taken as warranted. Any individual affiliated with the Company who, after the investigation, is determined to have engaged in any form of discrimination, harassment, or retaliation in violation of this policy will be subject to appropriate disciplinary action, up to and including termination.

DRE TR000024

## Company Policy on Unlawful Harassment (Continued)

While the Company is committed to preventing and punishing unlawful discrimination, harassment and retaliation, it also recognizes the false accusations of sexual harassment or retaliation may harm an innocent party who is falsely accused. Any employee who, upon investigation, is found to have knowingly made a false accusation of harassment or retaliation may be subject to appropriate disciplinary action. However, if an employee makes a report of what he or she in good faith believes to be harassment or retaliation, the employee will not be subjected to disciplinary action even if the employee turns out to have been mistaken.

## OTHER FORMS OF HARASSMENT / DISCRIMINATION

Application of this policy is not limited to sexual harassment. The Company forbids harassment of or discrimination against any individual on the basis of his or her sex, race, color, national origin, age, disability, religion, veteran status, or any other protected status conferred by federal, state or local law. The Company also forbids any adverse action or harassment against any individual in retaliation for reporting discrimination or harassment in violation of federal, state, or local law. Individuals engaging in any form of conduct in violation of this policy will be subject to discipline, up to and including termination.

## OPEN DOOR POLICY

This Company maintains an "open door policy." If, for example, you have questions or concerns about the company's employee benefits or personnel policies; difficulty dealing with another individual in the workplace, such as a supervisor or a coworker; personal circumstances that are impacting your ability to perform your duties; or suggestions as to how The Company can improve its policies, processes, or working environment, you should feel free to contact your immediate supervisor or Human Resources Manager. If you are uncomfortable sharing a specific concern with a supervisor (e.g., if you are having a conflict with your supervisor), you should contact the Human Resources Manager.

DRE TR000025

## DRUG AND ALCOHOL POLICY

### DRUG-FREE ZONE

Abuse of alcohol and drugs is both a societal and industrial problem. Not only is such activity potentially illegal, but it has a serious impact upon employees health, safety and productivity. It is the position of the Company that the use of drugs, which by definition includes alcohol, is strongly discouraged. As a condition of employment with this company, you must refrain from taking illegal drugs on or off the job. This company performs drug testing. If a positive confirmed drug test is reported, you will be denied employment with this company. If employed, any violation of this policy may result in immediate termination or other appropriate discipline. In addition, if a positive confirmed drug test is reported and you are injured on the job, workers' compensation benefits may be denied, pursuant to the provisions of the state Drug-Free Workplace Program.

**AUTHORITY. This policy is implemented pursuant to the drug free workplace program requirements under Florida Statute 440.102 and Administrative Rule 59A-24 of the State of Florida Agency for Health Care Administration.**

**CONFIDENTIALITY.** All information, interviews, reports, statements memoranda, and drug test results, written or otherwise, received by the employer through a drug testing program are confidential communications and may not be used or received in evidence, obtained in discovery, or disclosed in any public or private proceedings, except in accordance with this rule or in determining compensability under Chapter 440, Florida Statutes.

This policy prohibits employees from:

Selling any drugs, including alcohol or prescription drugs, whether on or off duty, unless the employee is legally entitled to sell the substance in question under the circumstances.

Possessing any alcoholic beverage or unlawful drug while on duty, on company premises, or in the possession of company property.

Using any illegal drug at any time. ("Illegal drugs" include prescription drugs prescribed for someone else, or used contrary to prescribed dosages or for prescribed purposes).

Using any other substance (including legal drugs, prescription drugs, alcohol, or any other substance) which runs an unnecessary risk of adversely affecting job performance. This provision specifically prohibits employees from reporting to work while under the influence of or impaired by alcohol or illegal drugs in any detectable amount.

Employees taking prescribed drugs must ensure that such use does not pose an undue risk to safety or performance. If a drug is prescribed in connection with treatment of a disability, employees are urged to advise their supervisor of the use so that the company can protect workplace safety and make accommodation, where appropriate.

DRE TR000026

If an employee voluntarily seeks assistance and treatment for an alcohol or drug related problem other than when asked to submit to substance test), the company will not take adverse action based on the seeking of assistance. The company offers resource information on various means of employee assistance in the community, including but not limited to drug and alcohol abuse programs. Employees are encouraged to use this resource which may be obtained by contacting the company Human Resource Manager.

**REQUIRED TESTING.** You are advised that this company will conduct the following types of drug tests for some or all of those drugs identified in this policy.

**Job Applicant Testing.** Job applicant and new employees will be tested for the presence of drugs.

**Reasonable Suspicion Testing.** If there is reasonable suspicion that any employee is using or has used drugs in violation of this company's policies, drug testing will be required. Testing under this provision may be conducted if any one or more of the following conditions exist: you are observed using drugs; exhibit symptoms or manifestations of being under the influence of drugs; exhibit abnormal conduct or erratic behavior while at work; there has been a significant deterioration in your work performance; you have been reported using drugs by a reasonably reliable and credible source; you tamper with any drug test during your employment with this company; you cause or may have contributed to an accident while at work; where there is evidence that you have used, possessed, sold, solicited, or transferred drugs while working for this company, or while on our premises or while operating our vehicles, machinery or equipment.

**Routine Fitness for Duty Testing.** Drug testing shall be a part of a routine scheduled employee fitness-for duty medical examination. This examination may be held routinely for all persons employed with this company or by employment classification or group.

**Random Testing.** A random drug-testing program has been adopted by this company in accordance with the guidelines set forth by the U.S. Department of Transportation. This program has been expanded to include not only Department of Transportation regulated commercial motor vehicle operators, but includes all employees in all classifications within this company.

**Follow Up Testing.** If during your employment with this company, you enter into an employee assistance drug rehabilitation program, you will be required to submit to a drug test as a follow-up on a quarterly, semi-annual and annual basis for up to two years thereafter.

**Blanket Testing.** This company reserves the right to test any or all individuals within a particular job classification, geographic location, specific assignment or task, with or without reasonable suspicion of drug use on the part of any individual within the selected group.

**Post Accident Testing.** Following any on-the-job injury that requires treatment at a medical facility, or following any accident or incident involving damage to company property, including, but not limited to vehicles and other equipment. All persons involved and possibly all persons within the immediate vicinity of the incident will be required to be tested.

DRE TR000027

**Other Testing.** This company also reserves the right to test individuals for reasons not otherwise specified in this policy. Drug or alcohol test may be requested for any employee, at any time, to insure compliance with the desire to maintain a workplace free of drugs and alcohol.

**REFUSAL TO SUBMIT TO TESTING.** Refusal to submit to a drug test carries the same consequences as a confirmed positive test result. If injured on the job, refusal to test may be the basis for the forfeiture of Workers' Compensation medical and indemnity benefits to the extent permitted by law.

## REPORTING OF PRESCRIPTION OR NON-PRESCRIPTION MEDICATIONS.

Employees and job applicants have the right to report to the employer the use of prescription or non-prescription medication before being tested. Certain drugs may alter or affect a drug test. A list of such medications by brand name or common name as well as by chemical name, where applicable, as developed by the Department of Health and Rehabilitative Services is attached to the policy statement. Information provided pursuant to this paragraph shall be held strictly confidential, unless you specifically authorize the release of this information.

## EMPLOYEE ASSISTANCE, ALCOHOL AND DRUG REHABILITATION PROGRAMS.

This company does not maintain an Employee Assistance Program (EAP). The purpose of an EAP is to provide help to employees and their families who suffer from alcohol, drug abuse or other problems. We do, however, maintain a list of local providers of employee assistance, drug and alcohol treatment and family services that employees may access without company involvement. For a referral to an EAP near you contact:
Employee Assistance Professionals of South Florida at 888-327-1030.

## CONTESTING DRUG TESTING RESULTS.

All tests will be reported by the testing laboratory to a Medical Review Officer (MRO). The MRO will review and interpret each confirmed positive and interview the donor to determine if there is an alternative medical explanation for the positive test result. If an employee or applicant's explanation is unsatisfactory to the MRO, the MRO will report a confirmed positive test result to the company. A person may contest the drug test result pursuant to applicable laws. Generally, there is a time limit of less than 5 days to contest the results and the first point of contact will be the MRO.

Should an employee undertake a challenge to the result of a test, it shall be the employee's responsibility to notify the laboratory, and the laboratory shall retain the sample until the case is settled. Employees and applicants have the right to consult the company's Medical Review Officer (MRO) for technical information regarding prescription and nonprescription medications.

DRE TR000028

*The Company is a Drug Free Workplace*
## SECURITY, SEARCHES, AND LEGAL ENFORCEMENT.

The company reserves the right to search the person, personal effect, vehicles, and baggage of any employee for any substance named in this policy. By entering into or being present on company premises, facility or workplace, any person is deemed to have consented to such searches.

Any person who is found leaving company premises or work place in possession of company property which is not authorized for removal from company premises or work place is subject to disciplinary action, including immediate discharge or removal and future prohibition from the premises if not our employee.

The Company has the right, in its discretion, to report use, possession or distribution of any substance named in this policy or the removal of company property to law enforcement officials and to turn over to the custody of law enforcement officials any substances or property recovered.

This policy is founded on the critical importance of maintaining a work environment free of the effects of alcohol and drugs in order to provide a safe place for all employees to work. As a result, you are encouraged to report to your supervisor or to the Safety Director any facts or observations which violate this policy and compromise the physical safety of you or your coworkers.

## SUBSTANCES TO BE TESTED FOR:
*Over the Counter Medications Could Effect the Results of a Drug Test.*

**ALCOHOL**-All liquid medications containing ethyl alcohol (ethanol). Please read the label for alcohol content. As an example, Vicks Nyquil is 25% (50 proof) ethyl alcohol, Comtrex is 20% (40 proof), Contac Severe Cold Formula Night Strength is 25% (50 proof) and Listerine is 26.9% (54 proof).

**AMPHETAMINES**-Obetrol, Biphetamine, Desoxyn, Dexedrine, Didrex CANNABINOIDS-

Marinol (Dronabinol, THC)

**COCAINE**-Cocaine HCI topical solution (Roxanne) PHENCYCLIDINE-Not legal by prescription

**OPIATES-Paregoric**, Parpectolin, Donnagel PG, Morphine, Tylenol with Codeine, Empirin with Codeine, APAP with Codeine, Aspirin with Codeine, Robitussin AC, GuiatussAC, Novahistine DH, Novahistine Expectorant, Dilaudid (Hydomorphone), M-S Contin and Roxanol (morphine sulfate), Percodan, Vicodin, etc.

**BARBITURATES**-Phenobarbital, Tuinal, Amytal, Nembutal, Seconal, Lotusate, Fiorinal, Fioricet, Esgic, Butisol, Mebaral, Butabarbital, Butabital, Phrenilin, Triad, etc.
**BENZODIAZEPHINES**-Ativan, Azene, Clonopin, Dalmane, Diazepam, Libriur, Xanax, Serax, Tranxene, Valium, Verstran, Halcion, Paxipam, Restoril, Centrex.

**METHADONE**-Dolophine, Methadose

**PROPOXYPHENE**-Darvocet, Darvon N, Dolene, etc.

DRE TR000029

# SAFETY POLICIES AND RULES

## HAZARD COMMUNICATION

1. A copy of the complete Hazard Communication Policy for this company is maintained at the corporate office and is provided to every Superintendent and Foreman and is available for your review.

2. The Hazard Communication Policy was developed to inform employees about the safe use, handling and storing of hazardous chemicals or substances that may be contacted or exposed to in the work place.

3. Unless properly handled, many chemicals can cause injury or death due to fire, explosion or other serious accident. Exposure to certain chemicals can cause serious health problems, including injuries and disabling illness.

4. Our Hazard Communication program has 3 ways to communicate information to employees.

   - Safety Data Sheets (SDS), formerly Material Safety Data Sheets (MSDS's), if read and followed, are an effective means of controlling chemical exposures. Chemical manufacturers write SDS's for the chemical they produce or import. The purpose of the SDS is to communicate information on the recommended safe use and handling procedures for that chemical. Before working with any materials, you have the right as well as the obligation to understand what that material is and how it should be used safely. The SDS's for all materials used by this company are contained in the Hazard Communication Policy book that is available for your inspection at all times.
   - Labeling of all chemical containers is another excellent control measure. Container labels give the name of the chemical in the container as well as any appropriate hazard warnings. If read and obeyed, labels are an efficient control measure.
   - Employee Training: Employees will be trained on the dangers associated with and the proper use of hazardous chemicals in their work at the time of their initial work assignment. You must practice safe work habits and obey all safety rules when handling, storing, using or transporting hazardous chemicals.

Hazard Communication is designed to lower your exposure to chemical hazards and to reduce injuries and illnesses. If you need additional information about Hazardous Materials, ask your supervisor or the Safety Director.

DRE TR000030

## EXCAVATIONS

1. In trenches and excavations 4 feet deep or more, a ladder or ramp must be provided and must be within 25 feet of any employee working in the trench or excavation. Ladders must extend at least 3 feet above the top of the trench.
2. All trenches and excavations must be inspected by a trained and qualified competent person at least daily or whenever conditions change. You should never enter a trench or excavation which has not been inspected or if there is no competent person on the job. A "competent person" is one who, through experience and/or education, is capable of identifying existing and predictable hazards in the surroundings, or working conditions which are unsanitary, hazardous, or dangerous to employees, and who is authorized to take prompt corrective measures.
3. All excavated material and equipment should be placed no closer than 2 feet from the edge of the trench or excavation
4. Hard hats are to be worn by all employees working jobsites at all times, unless conditions make it impossible.
5. The top of the excavation should be protected by berm, barriers, or other warning devices at night and while work is idled.
6. In trenches over 5 feet deep in material other than stable rock, the banks must be shored, benched, or sloped.
   If sloping is chosen:
   - In type A soil (undisturbed cohesive soil over 1.5 tsf) a slope of at least 3/4:1 is required.
   - In type B soil (granular or semicohesive soil between 0.5 and 1.5 tsf) the slope must be at least 1:1.
   - In type C soil (loose, granular or wet soil less than 0.5 tsf) the slope must be at least 1.5 : 1
   If benching is chosen:
   - It shall only be with types A or B soil. Benching cannot be done in type C soil.

## CONFINED SPACES

A confined space is any area where a worker's entry and exit are limited and where normal air supply is restricted. Hazards of a confined space can be:

- Lack of oxygen due to corrosion, fire or displacement by other gases, resulting in workers suffocation or immediate collapse.
- Toxic gases that can poison or suffocate workers.
- Combustion: a spark or open flame can cause flammable gases or vapors to ignite or explode.

A competent person must inspect a confined space prior to employees being allowed to enter or work in such a space. The space will be tested for oxygen level and concentrations of flammable vapors, gases, and toxic contaminants.

Some considerations for confined space entry could include any or all of the following:

- A completed confined space entry permit
- A harness and lanyard for the entrant
- Non sparking tools
- Rescue procedure or plan to extract entrant (which could include harness, lanyard, and tripod).
- Air monitoring equipment.
- Designated observer.
- Ventilation equipment.

DRE TR000031

## REFUELING OPERATIONS

1. All fuel-powered equipment and tools must be shut off while being refueled unless the manufacturer's instruction states otherwise.
2. Only approved gas cans will be used for dispensing gasoline to tools. The flashback arrestor screen must be in place at all times. Funnels and/or spouts will be used.
3. Smoking is prohibited during refueling operations. Other nearby sources of ignition, such as burning and welding, must be halted during refueling operations.
4. A charged fire extinguisher must be located within 50 feet of the refueling operation.

## OPERATION OF COMPANY VEHICLES

Certain employees are given company vehicles to be used for transportation. No vehicle will be used without proper authorization. Any employee assigned to operate a company vehicle is responsible for the care and condition of the vehicle and will observe all policies and restrictions during operation.

- Employees must possess a valid operator's license when driving a company vehicle.

- Seat belts will be used at all times when the vehicle is in motion. A fully charged and tagged fire extinguisher and first-aid kit must be in the vehicle at all times.

- Vehicles are to be kept clean (minimum of two week interval between washings) and in good mechanical condition.

- Truck beds should be clear of trash and other unnecessary items.
- Accidents must be reported to the main office immediately. Written reports submitted within 24 hours.

- There will be no unsecured tools or equipment in the operator's vehicle at any time while the vehicle is in motion.

- The use of alcoholic beverages while driving a company vehicle will be cause for immediate dismissal of the operator and passenger(s).

- Speeding, reckless driving, careless operation, and failure to maintain the vehicle will not be tolerated. The company will not be responsible for fines or penalties imposed as a result of violations by the operator.

- Drivers are expected to obey all traffic laws and regulations and practice safe driving at all times.

- Drivers shall at all times keep their eyes on the road and surroundings and hands and feet on the controls while vehicle is in motion or otherwise in operation. While the vehicle is in motion or otherwise in operation, the driver shall not use any device or engage in any activity which distracts his/her attention from driving or operating the vehicle in a safe and lawful manner. The use of cell phones or texting while the vehicle is in motion or otherwise in operation is specifically prohibited. Violation of this policy may subject the employee to disciplinary actions such as warnings, fines, suspensions without pay, and immediate termination.

DRE TR000032

**Riders and Passengers:**

- Only company personnel and other persons directly involved in company business are allowed in company vehicles. Transportation of anyone else not directly connected with company work is prohibited.

- Any employee riding in a company vehicle will be seated in the passenger seat with seat belts fastened. The driver will not place the vehicle in motion until seat belts are fastened and passengers are secure.

## ACCIDENTS INVOLVING COMPANY VEHICLES

1. Stop at once! Stop in a safe area near the site of the accident unless directed otherwise by law enforcement.

2. Check for injuries and contact fire rescue and law enforcement.

3. Contact the safety director immediately and follow directions. If contact cannot be made; try somebody else until you get a live voice – DO NOT leave a message only.

4. Protect the scene. Set emergency signals to prevent injury or damage.

5. Collect data. Take photographs, record names of witnesses, vehicle license numbers etc.

6. Make no statements to anyone except to law enforcement or authorized Company representatives.

7. Complete an accident report, stored in the vehicle, and give to the Safety Director.

8. Do not plead guilty or admit fault.

9. State the facts and physical evidence that supports your facts.

## USE OF PERSONAL ELECTRONIC DEVICES POLICY

**Purpose**

The use of personal electronic devices not provided by the Company including but not limited to cell phones, PDA's, CD players, TV, DVD players, radios, tape players, Mp3 players, Ipods or similar devices while at work may present a hazard or distraction to the user and/or co-employees and are prohibited. This policy is meant to ensure that all employees are both safe and do not disrupt business operations.

**Additional Cell Phone Functions and Services**

In addition to telephone service, many cell phones or cellular providers offer a host of additional functions and/or services, including text messaging and digital photography (except for photographing an unsafe condition). It is not possible to list all of the services that are now, or may become available. Whether enumerated or not, employees are strictly prohibited from using *any* of these services while at work, unless it is for Company purposes, and definitely not while driving.

DRE TR000033

### Use of Cell Phones, Radios and Other Communications Devices While at Work

Unless otherwise authorized, employees may only use personal cell phones or other communications device for an emergency. An emergency is defined as a sudden event that is life threatening or poses immediate threat of serious bodily harm to the employee, the employee's spouse or children.

If employees must use cell phones, radios or other communications device while in a company vehicle, equipment or personal vehicle on company business, the following safety guidelines are applicable:

- You shall not make or answer a call while the vehicle or equipment is moving.

- Before making a call the vehicle or equipment must be stopped at a safe location.

- Conversations shall be for business use only and shall be as brief as possible.

- Never make a call in heavy traffic or bad weather even if the vehicle or equipment is stopped.

- Never use electronic devices for any reason while driving or operating equipment.

- Never have stressful conversations while driving or operating equipment.

On a random basis all employees with a Company provided cell phone, radio or other communication device shall have their use of those devices audited along with GPS reports.

### Discipline

Violation of this policy will subject an employee to disciplinary action up to and including immediate termination. Any employee violating this policy may subject the employee to disciplinary actions such as warnings, fines, suspensions without pay, and immediate termination. Any damages caused by violation of this policy are subject to the Company's Indemnification for Injury and/or Damage Policy as stated below:

## INDEMNIFICATION FOR INJURY AND OR DAMAGE

I agree that I will be liable for all injuries and damage caused by me to persons working for or under the supervision of the Company, and will be liable for damage to properly belonging to the Company, as a result of any negligent act(s) and omission(s) during my association with the Company.

In the event I should separate from my association with the Company, for any reason whatsoever, and whether or not such separation was the result of action taken by the Company, any amounts remaining unpaid to the Company for such injuries and / or damage at the time of separation shall become immediately due and payable to the Company, and may be deducted from any sums otherwise due to me. Should the Company undertake any efforts to recover any amounts due to it, the Company shall be entitled to recover all costs of collection, including, but not limited to, court costs and reasonable attorney's fees.

DRE TR000034

## OUR GOAL IS ZERO ACCIDENTS!

***ALL EMPLOYEES ARE REQUIRED TO REPORT ANY ACCIDENT <u>IMMEDIATELY!</u>***

The Company is concerned about the health and safety of each employee. We intend to prevent injuries and will shut down the job rather than expose people and equipment to unnecessary risks.

Our safety program conforms to the best practices from our industry. Our goal is zero accidents or injuries. We demand that each supervisor and employee be safety conscious. Our physical facilities are built with the personal safety and health of each employee in mind. Full cooperation from each employee is expected.

## PERSONAL PROTECTION AND CONDUCT

Appropriate clothing must be worn on company job sites. Safety shoes will be worn on all job sites. Sneakers, tennis shoes, jogging shoes, canvas, mesh or open-toed shoes are not allowed to be worn at any time while on jobsites. Any employee failing to use appropriate protective equipment will be subject to immediate disciplinary action.

When working with machinery, equipment and tools, the appropriate safety device must be worn to protect eyes and face from injury. This includes glasses, respirator, face shields, goggles, welder's hood, etc... Example: Grinding, chipping, cable cutting, drilling, burning, welding, cutting asphalt or concrete.

Protective headgear (hard hats or safety helmets) will be worn by all personnel at all times while on any Downrite jobsite. Violators will be subject to disciplinary action including immediate dismissal.

Ear protection must be used in all areas where an employee is exposed to noise levels, which exceed safe intensities or time limits. Horseplay, fighting or use of intoxicants while on a company job-site is strictly prohibited. Firearms or weapons of any kind on a company job-site are strictly prohibited. Violators will be subject to disciplinary action including immediate dismissal.

Employees will not lift objects, which weigh more than 75 pounds. When lifting, use your legs not your back; squat, don't bend. Do not work alone when you must work adjacent to, above, or in a waterway. Always wear a life jacket. Stay clear of operating machinery. Approach a machine only after the operator signals that it is safe to approach.

DRE TR000035

# GENERAL SAFETY RULES

*Safety is everyone's responsibility.*

Unauthorized personnel will not be permitted on or around the office area, job sites, and heavy equipment yard or shop areas at any time. Each employee is expected to exhibit sound judgment and care to avoid injury to themselves, fellow employees and property. Employees should know the location of and how to use fire-extinguishing equipment on every job site they work.

Each supervisor will give periodic instructions on what to do in the event of a fire. They will also perform spot inspections and weekly safety meetings. Attendance is mandatory. Employees are expected to keep the work site free of trash and other debris. Discarded lumber, machine parts, petroleum products, and other scrap items should be taken to an approved dumpsite.

Vegetation should be controlled around storage areas, office trailers, and work areas. Properly marked containers shall be provided for the collection of waste, trash, oily rags and other debris. We should strive to leave the job-site looking better than when we arrived. A neat job-site is not only good for workers morale; it will create a positive influence on public opinion.

Management personnel, superintendents and foremen are responsible for compliance and enforcement of company safety rules. Violation of safety rules will be grounds for disciplinary action.

## ACCIDENTS, PROBLEMS& UNSAFE CONDITIONS

All accidents, injuries, unsafe conditions or equipment must be reported to the supervisor immediately. Employees who fail to report this information to their supervisor will be subject to disciplinary action.

Any accident involving a company vehicle with or without bodily injury must be reported to your supervisor immediately. Any driver found to be at fault in an accident will be subject to disciplinary action up to and including termination.

Supervisors must ensure the correction of equipment, unsafe conditions or practices immediately upon report or observation. Should the situation be beyond the supervisor's control, management will be notified immediately. Supervisors will stop all work on and around an area or equipment, which is unsafe until the situation, has been corrected.

Supervisors must submit a written report to management within one day following the accident, injury, or problem; including those situations in which the incident has been corrected. Should a vehicle become mired in mud or sand and unable to move: the vehicle is to be turned off and the supervisor is to be contacted for assistance. Do not allow another vehicle or piece of equipment to push or tow the vehicle until the supervisor has evaluated the situation and given specific instructions.

DRE TR000036

## JOB SUPERINTENDENT SAFETY RESPONSIBILITIES

*Superintendents, foremen and supervisors are expected to:*

1. Set a good example for employees.

2. Be familiar with federal, state, and company safety regulations and policies.

3. Hold weekly on-site safety meetings and ensure all employees are in Attendance, sign and turn in to office.

4. Keep a first-aid kit, fire extinguisher and an adequate supply of personal protective equipment on-site at all times.

5. Instruct employees regarding their safety responsibilities.

6. Establish an emergency treatment and evacuation plan for sick and injured employees.

7. Keel, telephone numbers of local emergency services, hospitals, ambulance service, fire and police.

8. Know which employees are qualified to administer first-aid.

9. Review all accidents with employee involved, file full reports within one day and take corrective action immediately.

10. Inform sub-contractors of their responsibility to comply with state and federal safety regulations.

11. Personally review the project on a regular basis. Identify hazards and make corrections as soon as possible.

12. Call for locator service when underground utilities are involved in your job and there is a safety hazard or work in progress. The main office must be notified at least 72 hours in advance to schedule locations.

13. Conduct safety inspections at random intervals. Anticipate these inspections from management and OSHA regulators and be prepared to handle all situations.

**Note: The Following Procedure Shall be Followed in All Cases.**

14. *For on-site OSHA inspections, contact management or the safety director immediately upon arrival of the inspector. The head superintendent, safety director, or management personnel on site must go with the OSHA inspector during the inspection, and take accurate notes of all items reviewed by the inspector. If unsure as to whether the OSHA inspector has a right to inspect something, contact management or the safety director immediately.*

- Politely introduce yourself and request to see the compliance officer's credentials.
- You will request a brief delay from the compliance officer so that management can be contacted and have time to safety commute to the jobsite.
- Even if the compliance officer has a warrant, always inform the Safety Officer and Legal Counsel and follow instructions given.

DRE TR000037

## CPR AND FIRST AID TRAINING POLICY

All employees in a supervisory position are required to maintain current CPR and First Aid certification. This training should also cover the principles, practices and requirements of Blood Bourne Pathogens training. Selected staff in certain positions are also required to maintain certification. Training will be offered at no cost to the employee. Training may be offered on a space available basis to other employees whose duties would not require this training.

## VEHICLE AND EQUIPMENT SERVICING AND REPAIRS

Lock Out/Tag Out. This procedure establishes the minimum requirements for the lockout of energy isolating devices whenever maintenance or servicing is done on machines or equipment. It shall be used to ensure that the machine or equipment is stopped, isolated from all potentially hazardous energy sources and locked out before employees perform any servicing or maintenance where the unexpected energization or start-up of the machine or equipment or release of stored energy could cause injury. All employees are required to comply with the restrictions and limitations imposed upon them during the use of Lock Out/Tag Out. The authorized employees are required to perform the Lock Out/Tag Out in accordance with this procedure. All employees upon observing a machine or piece of equipment which is locked out to perform servicing or maintenance shall not attempt to start, energize, or use that machine or equipment. Selected staff will be trained in this procedure.

## VEHICLE AND EQUIPMENT OPERATION:
## GENERAL

Only company authorized drivers and equipment operators will drive company vehicles and operate heavy equipment. Company vehicles will not be used for personal use without prior authorization from management.

Use of Company vehicles or equipment for pulling or pushing anything, including stuck vehicles or equipment is strictly prohibited and shall only be done with prior authorization.

Powered Industrial Trucks (Forklift Operations). The Company shall ensure that each powered industrial truck operator is competent to operate a powered industrial truck safely, as demonstrated by the successful completion of a training and evaluation program. This training will consist of a combination of formal instruction, practical training and evaluation of the operators' performance in the workplace.

All state and local traffic laws will be observed while on public roadways. Seat belts must be worn at all times when the vehicle is in motion. Fire extinguishers are required on all vehicles and equipment at all times. Operators are required to know where they are located and how to operate.

Hitching rides on heavy equipment is prohibited. This is the drivers' responsibility. Never get off of a machine or vehicle while it is in motion. Face the machine and use steps, ladders, and handrails when mounting or dismounting. Never step directly from one piece of equipment to another. All equipment, tools and machinery will be used or operated by authorized personnel. These employees will be instructed in the method of operation, manufacturer's specifications, capabilities and limitations.

DRE TR000038

Hand tools will not be used for any purpose other than that for which they were designed. Protective covers, guards or safety devices will not be removed from tools, equipment or machinery except for maintenance purposes and shall be replaced when maintenance is completed. Only authorized personnel may repair, adjust or alter machinery, tools, mechanical or electrical equipment. Always shutoff the engine during refueling, servicing, maintenance and repair operations.

Eating and drinking is prohibited when operating any vehicle. Smoking is prohibited when operating heavy equipment. Report any safety and maintenance defects to the supervisor. Operators are responsible for safe operation of assigned vehicle at all times. All accidents are to be reported to a supervisor or company official immediately and an accident report is to be completed within 24 hours. Turn on lights during periods of limited visibility. Report faulty wiring or electrical problems to your supervisor immediately. The danger of fire always exists. Be aware of equipment and ground personnel in your work area at all times. While traveling to and from the work area, operate the machine at a speed which allows you control of your machine at all times. Use care and caution near possible slide areas and on slippery roads.

Never pass a boom or bucket over people or open cabs/vehicles. Do not smoke when refueling equipment or when handling other flammable material. Stay clear of suspended loads. When traveling down grade, select the transmission gear that will provide the best control of your machine. Do not shift gears when traveling down hill.

## VEHICLE AND EQUIPMENT OPERATION POLICY
## FOR ALL SELF-PROPELLED EQUIPMENT

**Self-Propelled Equipment is defined as a machine which, when controlled by an operator, propels itself through the use of an engine or motor.**

1. It is strictly prohibited for anyone to ride in a boom, bucket or on equipment that does not have provisions for passengers (seat with safety belt).

2. When parking vehicles, stay clear of operating machinery, set parking brake, chock wheels if parking on a grade and place transmission in park (first gear on manual transmissions.)

3. Always watch for low overhead clearances, wires and road hazards.

4. A minimum distance of 100 feet must be maintained at all times between company vehicles and other self-propelled equipment moving on the road. All drivers operating a company vehicle will apply the "time interval rule" for traffic separation.

5. Always check for a "Do not Operate" tag. If one is on the vehicle, the supervisor must be contacted immediately. Do not remove tag or start equipment/machinery unless instructed by the person listed on the tag.

6. Ready mix trucks discharging material on a slope shall have their wheels blocked and the brakes set to prevent movement.

28

DRE TR000039

**7. Before operating any mobile equipment: become familiar with it as follows:**

   a. Review all posted operating instructions.

   b. Review the proper use of all control levers, pedals, gauges, instruments and shifting procedures.

**8. Before starting machine:**

   a. Visually inspect your machine, checking for visual defects; (missing components, undercarriage or tire problems, leaks in fuel lines, lubrication or hydraulic systems, back-up alarm, ROPS (Roll Over Protection System) canopy for proper mounting and possible cracks.)

   b. Check all fluid levels including fuel and engine oil.

   c. Make sure that the area is clear of personnel, machinery and obstructions before start-up.

   d. Clean and adjust mirrors. Clean cab glass.

   e. Inspect fire extinguisher for full charge.

**9. Starting procedures:**

   a. Fasten seat belts.

   b. Set all maneuvering controls in a neutral position.

   c. Start engine and check instruments for proper operating ranges.

   d. Wait for air and hydraulic pressures to reach operating range. Check brakes and controls while maneuvering slowly.

   e. Make sure the back-up alarm is working.

   f. Check lights when beginning night work or during periods of limited visibility.

**10. Operating the Machine:**

   a. When operating machine in reverse, ensure the area is clear of machinery and personnel. If necessary, have someone assist you.

   b. Check for overhead wires, slide areas and other dangers in your work area.

   c. Be aware of other moving equipment and ground personnel.

   d. Do not attempt to move a machine if the engine is not running.

   e. Report mechanical problems or breakdowns as they occur.

DRE TR000040

11. **Parking and shutdown of the equipment**

    a. Select a level area to park whenever possible. Park machine in a safe area away from deep ditches, canals, sinkholes or where it might endanger the public. Select a secure area for overnight parking on the job-site.

    b. Set parking brake, put transmission selector in park position and chock wheels.

    c. If you must park on an incline, position the machine at a right angle to the incline or turn the wheels into a high berm, set brake, and chock wheels.

    d. Lower all attachments to the ground.

    e. Follow engine shutdown procedure.

## VEHICLE AND EQUIPMENT OPERATION:

## ON-HIGHWAY TRUCKS, SERVICE TRUCKS & TRACTOR DRIVERS

All drivers and operator are required to maintain required documentation and certifications as set forth by Company, State and Federal regulations. If you need any of these contact your supervisor.

Never overload, or allow your vehicle or equipment to be overloaded.

If You Are Not Sure Of What To Do When Operating Machinery, Ask Your Supervisor First!

Allow adequate stopping distance between vehicles (considering load and road conditions.) Items being hauled in the truck bed or on trailers should be properly secured to prevent movement. When installing or removing tarpaulins use care when climbing on and off the truck. Check to make sure tarpaulin is secure before traveling on all roadways and highways.

When operating your truck in reverse, make sure that the area behind you is clear of personnel, machinery and other obstructions. Drivers of slow moving vehicles should pull over in appropriate places to allow faster moving vehicles to pass safely.

Check in all directions before moving your truck on the job-site. Conform to the traffic patterns at each job-site. Obey the flag person.

Remove loose aggregate from the frame of your truck before you begin to haul.

Distribute your load so that the material is 2-4 inches below the top of the side rail of your truck. Make sure that the gate latch is properly secured before loading.

Lowboy drivers will inspect their trailer hitch at the beginning of each day. Any cracks or other damage to the hitch will be reported to your immediate supervisor and repairs will be scheduled.

DRE TR000041

Equipment should be loaded and unloaded with great care. Equipment should be placed at the safest possible location on the trailer. All hydraulic attachments should be lowered. Engage the parking brake and make sure the equipment is securely bound to the trailer bed. Permits will be obtained when moving any oversized equipment. Always lower and secure the truck bed before leaving the dumpsite.

## VEHICLE AND EQUIPMENT OPERATION.

### PAVER OPERATORS

*When you are exposed to open roadway traffic always wear a high visibility vest*

Care should be taken when mounting or dismounting any equipment to prevent slipping and falling. Pavers, asphalt hauling units and distributors all carry hot materials. Care should be taken when working around these units to avoid burn injuries.

Always travel with the hopper close to the ground for good forward visibility and machine stability. Care must be taken when backing trucks to dump into the paver to reduce the chance for damage to the paver and personal injury.

The paver operator should oversee and assure the safe operation of his work crew. From this position the entire work area is visible. The paver should be kept free of oil, fuel, or any other material that may cause unsafe working conditions. Care should be taken at all times when working near the heated screen.

## SELF- PROPELLED COMPACTOR & VIBRATORY ROLLER OPERATIONS

1. Stay clear of hauling equipment in fill and paving areas.

2. Adjust your speed to maintain control of your roller at all times.

3. If you are required to work or park the roller on a steep grade, use a safety tow line or wench line for control.

4. When parking select level ground, set brakes, put transmission in park position, shut engine off and chock wheels if necessary.

## MOTOR GRADER OPERATORS

Check for dangerous conditions. Avoid operating the machine too close to an overhang. Watch for falling rocks and possible slide areas along haul roads.

Extreme care must be taken when blading in the vicinity of underground utilities as transmission lines, power lines, etc.). Ask the supervisor about the location of underground utilities in your work area.

Move with the traffic along haul roads. Obey flag persons, roadway and traffic signals. Never let the machine coast in neutral or with the engine shut off. Follow the manufacturer's instructions for transmission shifting procedures. Use service brakes and parking brakes carefully and according to manufacturer's instructions.

DRE TR000042

Keep away from the outer edge of slopes when working on hillsides, roads or near lake slopes. Use caution when working on hills, banks or slopes; avoid excessive blade down pressure. Before working on the machines hydraulic system, be sure all pressure is relieved in accordance with manufacturer's specifications.

Lower all raised attachments before servicing grader. If any component must be raised for servicing, block it to prevent accidental release. Avoid parking along haul roads. If you must park on a hauling road, select a location that will allow passing equipment maximum clearance. Never park on blind curves. When parking vehicle select level ground, set brake and lower all attachments and place the transmission in the proper park position.

## VEHICLE AND EQUIPMENT OPERATION: FRONT END LOADER OPERATORS

Always travel with your bucket close to the ground for good forward visibility and machine stability.

Constantly observe cut slopes for loose materials and overhanging trees. Report unsafe conditions to a supervisor. Stay a safe distance from the edge of banks, pits, mulch holes and stockpiles. When loading, keep the machine as level as possible. Start and stop smoothly when carrying a load. Avoid overloading the bucket. If the rear wheels come off the ground, the bucket is overloaded. Aggregate stockpiles can easily give way under your loader; please use extreme caution.

Do not place loaded bucket in the highest loading position until a truck has pulled in to be loaded. Never pass a bucket above the heads of other workmen or over unprotected truck cabs.

When dumping into hauling units, be careful not to hit the unit with the loader bucket or arms. When loading trucks, distribute the load as evenly as possible. When large rocks unbalance the load, inform the truck driver so that he can drive and dump carefully.

If you must leave the cab of the machine for any reason, lower the bucket to the ground; apply slight down pressure, shut the engine off, engage the parking brake and place the transmission in the proper park position. Select a level parking area. If you must park the machine on a grade, park at right angles to the slope and block wheels to prevent movement. Before working in the pivot area of an articulated loader, attach the steering frame lock brace to prevent the machine from turning accidentally. Before work is done on a boom or bucket of a loader in the raised position, it must be secured to prevent accidental lowering or falling.

## BULL DOZER OR TRACK END LOADER OPERATORS

When maintenance work is performed while the blade, bucket or ripper is raised, secure it to prevent lowering or falling. Travel with the blade or bucket close to the ground so as to not obstruct forward vision.

Extreme care should be taken when working in the vicinity of underground utilities. Always ask if you are unsure of their location. Avoid side hill travel whenever possible. Go straight up and down slopes.

DRE TR000043

When working on slopes above other employees and machinery, continuously observe their work position. The potential for dislodging material and disrupting their work area is very real. When operating a fill dozer, avoid being on the blind side of trucks backing to the dump areas.

During idle time or at the end of a work shift, always lower blade and attachments to the ground, set the parking brake and place the transmission selector in the proper park position. If you are parking on a grade, park with the blade heading downhill under slight pressure.

## VEHICLE AND EQUIPMENT OPERATION: OFF HIGHWAY END DUMP DRIVERS: LOWER THE TRUCK BED BEFORE LEAVING THE DUMP AREA!

Be aware of overhead wires, bridges, slide areas and other potentially dangerous haul road conditions.

Be familiar with and observe haul road traffic patterns. Do not back into the dumpsite with the fill dozer on the blind; (right) side. Use extreme caution, when backing to the loader on the; blind side (right side).

After positioning your truck for loading, shift the transmission into neutral and apply the parking brake. Stay in the cab with your door closed while the truck is being loaded. Always yield the right of way to loaded hauling units.

Stay within the manufacturer's recommendations for proper use of the retarder and braking systems. Always shift the transmission into the required gear and apply the retarder (or engine brake) prior to starting down a steep grade.

Avoid shifting the transmission up or down while descending a hill. With load and road conditions taken into consideration, always allow adequate stopping distance between vehicles.

Drive your loaded truck from the loading site to the dump area at a speed that will keep the load in the bed of the truck. Avoid getting close to the edge of drop off areas when dumping.

Place the transmission in neutral and apply the dump brake prior to dumping. Before raising the bed, be sure the area overhead is clear of wires and other obstructions, roll top forward and release back gate.

DRE TR000044

## VEHICLE AND EQUIPMENT OPERATION:

## EXCAVATOR AND COMBINATION BACKHOE OPERATORS:

## DANGER!

*Note:*
*Always Be Sure That the Area Overhead is clear of Wires and Other*
*Obstructions Before You Move! Always use Extreme Caution When Working*
*Near High Voltage Wires. Never Swing or Extend the Boom Closer Than 10*
*Feet of Any Power Line!*

## LOCATE & MARK THE EXACT LOCATION OF BURIED UTILITY LINES BEFORE DIGGING!

After starting your machine check all control levers and operate the automatic swing brake. Notify your supervisor immediately if any defects are found. The controls of your machine should only be used from the operator's seat. Allow for boom overhang and structure clearance when cornering. When operating a carrier with remote control, never assume a clear path. Always look in the direction of travel prior to moving the machine.

Prior to operating the machine, make sure that the swing area is clear of personnel and equipment. Barricade the swing area if personnel or equipment is in danger of being struck by the boom. Use extreme caution when working near high voltage wires. **Never swing or extend the boom closer than 10 feet of any power line.** Never disconnect hydraulic lines unless the engine is shut off and the boom is on the ground or in the boom rack. Operate hydraulic control levers and pedals to relieve cylinder pressure. Use care when placing the boom in the carrying rack to avoid striking other parts of the machine. Never park the machine on a steep incline or hillside.

*When you are exposed to open roadway traffic always wear a high visibility vest.*

## CREWS - WATER, SEWER, DRAINAGE, MISCELLANEOUS

Do not use worn or frayed electrical cable. Electrical cables passing through the work area will be covered, elevated or flagged for easy identification.

Use tag lines of sufficient length to guide large sections of pipe or other suspended loads. When loading or unloading stockpiled material, be careful not to dislodge material causing them to fall and/or roll.

Use extreme care when cutting timber with a chain saw. Use safety lines to direct the fall of a tree. Stay clear of working machinery and equipment. If you must approach an operating machine, make sure that the operator and you make eye contact, and that he signals that it is okay for you to approach.

Stay clear of swing areas of grade rails, backhoes and cranes. These areas are to be barricaded when employees are exposed to the rotating superstructures. Do not ride in the bucket or outside of the cab on any machine. Never ride on any load being suspended by a crane, concrete bucket or a lift hook.

Excavated material removed from trenches is to be placed 2 feet or more from the sides of the trench. All trenches greater than 4 feet deep and over 8 feet long are to have a ladder installed for employee's entry and exit from the trench. The ladder shall never be more than 25' travel for workers and must extend 3' above the edge of the trench.

34

DRE TR000045

Open trenches or excavations which may create a hazard to pedestrians or motor vehicles must be and barricaded. Employees shall not be permitted to work above vertically protruding reinforcement steel. The use of ladders and scaffolding shall comply with the requirements under OSHA cfr29 parts 1926 Subpart X App A (Ladders), and 1926 Subpart L (Scaffolds).

Care should be taken when mounting or dismounting any equipment to prevent slipping and falling. Pavers, asphalt hauling units and distributors all carry hot materials. Care should be taken when working around these units to avoid burn injuries.

On any road construction project, you should be aware of private vehicles as they pass through or near the job site. Each employee should be alert to protect him and his fellow crewmembers. Employees should assist construction equipment maneuvering through the jobsite to assure the safe performance of their jobs.

## ENGINEERING AND SURVEY CREWS

*Wear a high visibility vest when exposed to project vehicle, machinery or traffic.*

Be sure equipment operators are aware of your presence in their work areas. If necessary, get someone to protect you from the movement of equipment while using survey instruments. Avoid using metal rods and tapes within ten feet of power lines. Never stretch metal tapes across both rails of railroad tracks. When survey work must be performed in or around rivers or lakes, use life jackets. Also, use ring buoy and safety line when required.

## FLAGPERSONS & TRAFFIC CONTROL

Prior to beginning your flagging duties, be sure you understand your foreman's instructions as to where and how you are to control the traffic which enters your area.

Flag persons are required to wear a high visibility vest, be equipped with a "STOP/ SLOW" paddle, or FLAG for temporary emergency situations – to be replaced with paddle as soon as possible, and, as required per company policy, wear a hard hat while performing traffic control duties. Flashlights or lanterns will be used during periods of limited visibility or night operations.

Select a location that is readily visible at all times to approaching motorists. Never stand directly in the path of vehicles. When teamed with another flag person, always position yourself so you can see your partner's signals, if this cannot be done, use a radio, pilot truck, or traffic ring to insure the safe flow of traffic.

When using a "STOP / SLOW" paddle, always position it so that approaching motorists may clearly see it. Always allow motorists adequate stopping time to comply with your "STOP" signal. Always stop traffic if there is any doubt regarding clearance by the work area. Never allow traffic to proceed if danger exists for workmen or the traffic.

Never leave the post without being relieved by another qualified flag person. Always give emergency vehicles access through the job *after* ensuring it is safe for workers pedestrians and vehicular traffic.

35

DRE TR000046

## MAINTENANCE PERSONNEL TRUCK & EQUIPMENT
## MECHANICS, WELDERS, TIRE CHANGERS, FUEL TRUCK DRIVERS

All drivers and operator are required to maintain required documentation and certifications as set forth by Company, State and Federal regulations. If you need assistance with any of these contact your supervisor.

Keep Your Tools & Equipment in safe Operating Condition.

- Always wear face & head protection.

- Worn or damaged equipment, will be repaired, discarded or replaced.

- The use of gasoline or other flammable liquids for cleaning parts is prohibited.

- Only approved safety containers will be used to store or transport of flammable liquids.

- Disposable-type butane lighters will not be carried when welding or cutting.

- Do not smoke when using starting fluid, gasoline and other flammable liquids.

- Whenever possible, perform repairs away from areas where other machinery or vehicles are operating. Prior to beginning, repair work on a machine, post a "DO NOT OPERATE" tag on the steering wheel or the starter switch. Use the "Lock Out/Tag Out" procedures on electrical switches or control boxes.

- Before working on a machine, block the wheels to prevent any movement.

  Always use hardwood blocks or metal stands to secure the position of the machine.

  Never rely on the hydraulic controls to maintain the position of the machine.

  Lower blades, truck beds, booms, buckets, etc. to the ground or secure them with blocks, props, cables, or pins.

- Do not perform maintenance work when the engine is operating or around moving gears or components. Use extreme caution in removing radiator caps, drain plugs, grease fittings and hydraulic pressure caps.

- Wear safety glasses or other approved eye protection when drilling, grinding, hammering metal and doing welding or torch work. Stay clear of items being hoisted by a lifting device. Prior to use, inspect chains, wire ropes or slings for defects.

Before removing a machines wheel, deflate the tire. On a duel wheel assembly, deflate the inside tire before beginning removal procedures. Never stand directly in front of a tire being inflated.

Always replace the valve covers on compressed gas cylinders when regulator valves are not mounted. Compressed gas cylinders shall always be secured in an upright position. A minimum separation of 25' between oxygen and acetylene storage areas shall be maintained.

Inspect welding lead cables for cuts and wear spots. Re-insulate or replace worn or spliced cables. Never weld or perform torch work or any other type of "Hot Work" on any closed container unless you first vent the container and determine that it contains no flammable or explosive material. Before you weld or perform torch work on a closed container, thoroughly steam clean or fill it with water.

Shield welding work when possible to protect other persons from the direct rays of the arc. When jump-starting a vehicle; follow manufacturer's recommendations. Never jump-start a machine with the welding machine.

DRE TR000047

Use safety equipment and protective devices (gloves, safety glasses, machine shields and guards, etc.) when handling battery acid, cutting with a torch, welding and grinding etc.

When it is necessary to approach the blind side of a machine to perform service work, make sure the operator sees you and signals that it is safe for you to approach. Keep your clothing free of flammable liquids, grease and oil.

Avoid servicing or refueling equipment parked near an active haul road. If in doubt, ask the supervisor to have the machine moved to a safer location. Use extreme caution when removing radiator caps, drain plugs, grease fittings and hydraulic tank pressure caps.

## LADDER SAFETY TIPS

1. Inspecting Ladders - before using, inspect for the following defects and do not use it if it is in poor condition.

a. loose or missing rungs or cleats

b. loose nails, bolts or screws cracked, broken, split, dented or badly worn rungs, cleats or side rails, wood splinters, notched side rails, corrosion of metal parts.

2. Using Ladders

   a. Do not use in areas such as doorways or walkways where they may be run into by others unless they are protected by barriers.
   b. Straight ladders should be long enough so they extend above the top support point by at least 36 inches.
   c. Do not increase height of ladder using boxes, bricks, etc.
   d. Set the ladder on solid footing against a solid support.
   e. Do not use ladders as a platform, runway or scaffold.
   f. Only one person on a ladder at a time.
   g. Never use a metal ladder on or around an electrical circuit.

## LIGHTNING AND SEVERE WEATHER

Lightning strikes kill more people outdoors in Florida than in any other state. All persons working outdoors should be aware of weather conditions and seek shelter when dangerous weather conditions develop.

## BACK TO WORK PROGRAM

The Company desires to place certain of its employees who are on "transitional duty" as a result of a work related accident with a charity for referral to a job that is consistent with the medical restrictions placed upon the employee by medical care providers pursuant to Florida's Worker's Compensation law. Said employees shall be the Company's employees and shall solely remain employees of the Company at all times. The Company recognizes the value of returning employees to the work force as quickly as possible within their medical restrictions and that light duty may not always be available at the Company. In that regard, the Company has developed a light duty program for its employees referred to as the "Back to Work" program.

The charity shall assign placed employees to work consistent with the medical restrictions given by placed employees medical care providers under the worker's compensation law. The charity will provide supervision and training to the placed employee as needed to complete the tasks assigned to him/her. The charity shall provide the Company with the hours spent by the placed employees on the tasks assigned to him/her as part of the program on a weekly basis via its own Internet based reporting system and will coordinate this with the Company's payroll department. On a weekly basis the charity shall fill out an employee evaluation form for each placed employee. Should any placed employee require to be disciplined or if there is any type of incident, the charity shall fill out an employee evaluation form for each placed employee. The charity agrees to notify the Company immediately upon the release, termination or cessation of employment of any employee.

DRE TR000048

## CLOSING COMMENTS

We welcome you to please acknowledge that you have read this manual and agree to be bound by its contents by signing your name and date in the spaces below in the following page. This Employee Manual in no way creates an employment contract between Downrite Engineering Corp. and the Employee.

### End of the Manual.

Please Sign the Acknowledgment Page, Date it & Give It to Human Resources.

Thank You.

(Tear out this page after signing & dating and Give to Human Resources)

ACKNOWLEDGMENT

I HEREBY CERTIFY THAT I HAVE READ THE DOWNRITE ENGINEERING CORP. AND SAMACO INC. (COLLECTIVELY REFERRED TO AS THE "COMPANY") SAFETY & EMPLOYEE POLICY MANUAL AND AGREE TO BE BOUND BY ITS TERMS. I ALSO ACKNOWLEDGE THAT THIS SAFETY &EMPLOYEE POLICY MANUAL IN NO WAY CREATES AN EMPLOYMENT CONTRACT BETWEEN THE COMPANY AND YOU. ALL EMPLOYEES OF THE COMPANY ARE "AT WILL" EMPLOYEES.

_____

EMPLOYEE SIGNATURE


_____

EMPLOYEE NAME PRINTED


_____

DATE

Safety & Employee Policy Manual 2017 Edition.

DRE TR000049