AO 187 (Rev. 7/87) Exhibit and List
.

| United States District Court |||
|---|---|---|
| SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION |||
| ORLANDO N. MONZON CEJAS,<br><br>Plaintiff,<br><br>vs.<br><br>DOWNRITE ENGINGEERING CORP.,<br><br>Defendant. || **PLAINTIFF'S TRIAL EXHIBIT LIST**<br><br>CASE NO.: 1:21-CV-23556-BLOOM |
| PRESIDING JUDGE<br>HONORABLE<br>BETH BLOOM | PLAINTIFF'S ATTORNEY<br>FAIRLAW FIRM<br>Toussaint Cummings, Esq.<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | DEFENDANT'S ATTORNEY<br>DOWNRITE ENGINEERING, CORP.<br>Diego-Paolo de Pani, Esq.<br>14241 SW 143 Ct.<br>Miami, FL 33186 |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLTF. NO | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | Exhibit |
|---|---|---|---|---|---|
| 5 | | | | | Photograph of Caterpillar C 966 |
| 6 | | | | | Defendant's Responses to Plaintiff's First Interrogatories |
| 7 | | | | | Defendant's Responses to Plaintiff's First Request for Production |
| 8 | | | | | Defendant's Responses to Plaintiff's Second Request for Production |

Respectfully Submitted on January 27, 2023,

/s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave.
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*