UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23556-BLOOM/Otazo-Reyes

ORLANDO N. MONZON CEJAS,

     Plaintiff,

vs.

DOWNRITE ENGINEERING
CORP.,

     Defendants.

_____/

## PLAINTIFF'S SECOND MOTION TO
## BRING ELECTORNIC EQUIPMENT INTO THE COURTHOUSE

Plaintiff, Orlando N. Monzon Cejas, by and through his undersigned counsel, requests this Honorable Court to enter an Order allowing him and his attorneys to bring certain electronic equipment into the courthouse, and states the following:

1. Trial is currently set for Monday, January 30, 2023 in this case.

2. The trial is expected to last approximately four (4) days, but could extend the whole week due to unforeseen circumstances.

3. Undersigned counsel already filed a motion to bring electronic equipment into the courthouse for Plaintiff and his counsels. [ECF No. 69].

4. Plaintiff's counsel will also need the assistance of their paralegal, Bridget Obando, on the first day and second days of trial, January 30 and 31, 2023.

5. Therefore, Plaintiff moves this Court to enter an Order allowing Bridget Obando to bring her phone and laptop into the courthouse and courtroom from January 30, 2023 to January 31, 2023.

6. A proposed order requesting this relief will also be filed along with this motion as Exhibit A, and independently emailed to this Court's chambers.

## **RULE 7.1 CERTIFICATION**

Undersigned counsel conferred with defense counsel concerning the relief requested in this Motion, and defense counsel had no objection.

Dated this 27th day of January 2023.

s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*
