UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23556-BLOOM/OTAZO-REYES

ORLANDO N. MONZON CEJAS,

    Plaintiff,

vs.

DOWNRITE ENGINGEERING CORP.,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S SECOND MOTION TO BRING ELECTRONIC EQUIPMENT INTO THE UNITED STATES COURTHOUSE LOCATED AT 400 NORTH MIAMI AVENUE

THIS CAUSE, having come before the Court on Plaintiff's Second Motion to Bring Electronic Equipment Into the United States Courthouse located at 400 North Miami Avenue, Courtroom 10-2, Miami, Florida, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

**Bridget Obando**, the paralegal for Plaintiff's attorneys, Brian Pollock, Esq. and Toussaint Cummings, Esq., shall be allowed to bring one (1) cellular phone and (1) laptop into Courtroom 10-2 for the week of January 30, 2023.

DONE AND ORDERED in Chambers on this _____ day of January , 2023.

                                              _____
                                              BETH BLOOM
                                        UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*