UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23556-BLOOM/Otazo-Reyes

ORLANDO N. MONZON CEJAS,

     Plaintiff,

vs.

DOWNRITE ENGINEERING CORP.,

     Defendants.

_____/

## <u>DEFENDANT'S UNOPPOSED MOTION TO<br>BRING ELECTORNIC EQUIPMENT INTO THE COURTHOUSE</u>

Defendant, Downrite Engineering Corp., by and through his undersigned counsel, requests this Honorable Court to enter an Order allowing him and his attorneys to bring certain electronic equipment into the courthouse, and states the following:

1. Trial is currently set for Monday, January 30, 2023 in this case.

2. The trial is expected to last approximately four (4) days, but could extend the whole week due to unforeseen circumstances.

3. Defendant's counsel, Mr. Diego-Paolo De Pani, Esq., will need to bring one (1) laptop and one (1) cellular phone into the courthouse and courtroom each day of the trial.

4. Defendant's representative and employee witnesses, Mr. Samuel Lo Bue, Mr. Kirby Reece, Mr. James McLellan, Ms. Jennifer Taksier and Mr. Wilmer Amador will also need to bring their cellular phones into the courthouse and the courtroom each day of their presence as well.

5. Therefore, Defendant moves this Court to enter an Order to allow the named individuals to bring their phones, and for Defense counsel to bring his laptop and phone into the courthouse and courtroom from January 30, 2023 to February 3, 2023.

6.  A proposed order requesting this relief will also be filed along with this motion as Exhibit A, and independently emailed to this Court's chambers.

## RULE 7.1 CERTIFICATION

Counsel for the movant has conferred with counsel for the Plaintiff who has no objection to the relief requested in this Motion.

Dated this 27th day of January 2023.

/s/Diego-Paolo De Pani, Esq.
Diego-Paolo De Pani, Esq. (367280)
pdepani@downrite.com
General Counsel
Attorney for Defendant
Downrite Engineering Corp.
14241 SW 143 Ct.
Miami, FL 33186
Tel:    305.232.2340