UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23556-BLOOM/OTAZO-REYES

ORLANDO N. MONZON CEJAS,

    Plaintiff,

vs.

DOWNRITE ENGINGEERING CORP.,

    Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S SECOND MOTION TO BRING ELECTRONIC EQUIPMENT INTO THE UNITED STATES COURTHOUSE LOCATED AT 400 NORTH MIAMI AVENUE

THIS CAUSE, having come before the Court on Plaintiff's Second Motion to Bring Electronic Equipment Into the United States Courthouse located at 400 North Miami Avenue, Courtroom 10-2, Miami, Florida, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

Defendant's counsel, Mr. Diego-Paolo De Pani, Esq., shall be allowed to bring one (1) laptop and one (1) cellular phone into the courthouse and courtroom each day of the trial.

Defendant's representative and employee witnesses, Mr. Samuel Lo Bue, Mr. Kirby Reece, Mr. James McLellan, Ms. Jennifer Taksier and Mr. Wilmer Amador shall be allowed to bring their cellular phones into the courthouse and the courtroom each day of their presence as well.

DONE AND ORDERED in Chambers on this \_\_\_\_ day of January , 2023.

                                                _____
                                                BETH BLOOM
                                                UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*