AO 187 (Rev. 7/87) Exhibit and List

|  | United States District Court |  |
|---|---|---|
|  | SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION |  |
| ORLANDO N. MONZON CEJAS,<br><br>     Plaintiff,<br>vs.<br><br>DOWNRITE ENGINGEERING CORP.,<br><br>     Defendant. | **DEFENDANT'S TRIAL EXHIBIT LIST**<br><br>CASE NO.: 1:21-CV-23556-BLOOM | |
| PRESIDING JUDGE<br>HONORABLE<br>BETH BLOOM | PLAINTIFF'S ATTORNEY<br>FAIRLAW FIRM<br>Toussaint Cummings, Esq.<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | DEFENDANT'S ATTORNEY<br>DOWNRITE ENGINEERING, CORP.<br>Diego-Paolo De Pani, Esq.<br>14241 SW 143 Ct.<br>Miami, FL 33186 |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| DEF. NO | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | Exhibit |
|---|---|---|---|---|---|
| 1 |  |  |  |  | Arrest photo 04/22/2021 of Plaintiff |
| 2 |  |  |  |  | Arrest Affidavit 04/22/2021 of Plaintiff |
| 3 |  |  |  |  | Application for criminal indigent status |
| 4 |  |  |  |  | Deposition transcript of Plaintiff |
| 5 |  |  |  |  | Any exhibit introduced by Plaintiff |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Respectfully Submitted,

/s/Diego-Paolo De Pani, Esq.
Diego-Paolo De Pani, Esq. (367280)
pdepani@downrite.com
General Counsel
Attorney For Defendant
Downrite Engineering Corp.
14241 SW 143 Ct.
Miami, FL 33186
Tel:    305.232.2340