# COMPLAINT/ARREST AFFIDAVIT - COURT COPY

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SPECIAL OPERATION: | [X] FELONY WARRANT | [ ] MISD WARRANT | [ ] TRAFFIC FUGITIVE WARRANT | [ ] JUV | [ ] DV | [ ] MOVES In State | [ ] CIV INF Out State | | PMHD NO | COURT CASE NO F21006985 | |
| IDS NO. 3383259 | AGENCY CODE 030 | MUNICIPAL P.D. DEF. ID NO. | MPD RECORDS AND ID NO. 0473067 | STUDENT ID NO. | | | | | GANG RELATED NO | FRAUD RELATED NO | |

DEFENDANT'S NAME (LAST, FIRST, MIDDLE): **MONZON-CEJAS, ORLANDO N**       ALIAS and / or STREET NAME:    SIGNAL:

| DOB (MM/DD/YYYY) 04/16/1971 | AGE 50 | RACE W | SEX M | HISPANIC YES | ETHNICITY OTH | HEIGHT 5'10 | WEIGHT 140 | HAIR COLOR MIX | HAIR LENGTH SHT | HAIR STYLE STR | EYES BRO | GLASSES NO | FACIAL HAIR UNS | TEETH NOR |

SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES (Location, Type, Description):

PLACE OF BIRTH (City, State/Country): FL US   CITIZENSHIP: US

LOCAL ADDRESS:    PHONE:

PERMANENT ADDRESS: 29015 FLORIDA RD   (City) MIAMI  (State) FL  (Country) US  (Zip) 33033   PHONE (786) 217-8740  OCCUPATION:

SCHOOL OR BUSINESS ADDRESS:     (City)  (State) (Country) (Zip)   PHONE:   ADDRESS SOURCE: DL

DRIVER'S LICENSE NUMBER/STATE: FL-M525654711361   SOCIAL SECURITY NO. XXX-XX-XXXX   WEAPON SEIZED: NO   Defendant CONCEALED WEAPON PERMIT: NONE   INDICATION OF: Alcohol Influence: N  Drug Influence: N   GRID 2535

ARREST DATE 04/22/2021  ARREST TIME 17:10  ARREST LOCATION: SW 288TH ST & COLORADO RD MIAMI, FL 33033

| CO-DEFENDANT NAME | DOB | | | | | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |
| CO-DEFENDANT NAME | DOB | | | | | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |
| CO-DEFENDANT NAME | DOB | | | | | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |

JUV only  Relation  Name   Street  Zip  Phone  Contacted?

| CHARGES | CHARGE AS | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE OF | UCR | DV |
|---|---|---|---|---|---|---|---|
| 1. F/2-COCAINE/PURCHASE/POSN W/INTENT TO PURCHASE +/- 1 GRAM OF COCAINE | F.S. | 1 | 893.13(2)(A)1 | | | 0011350A | N |
| 2. F/3-COCAINE/POSSESSION +/- 1 GRAM OF COCAINE | F.S. | 1 | 893.13(6)(A) | | | 0011350A | N |
| 3. | | | | | | | |
| 4. | | | | | | | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the 22 day of APRIL 2021, at 17:10 at 15245 GRANT LN MIAMI, FL 33033 ON THURSDAY, APRIL 22, 2021, THE MIAMI-DADE POLICE DEPARTMENT, NARCOTICS BUREAU WAS CONDUCTING AN ENFORCEMENT DETAIL. DETECTIVE JOSUE ACEVEDO (BADGE #7114) AND SGT. L. ORBEGOSO (BADGE #5878) (EYEBALL) POSITIONED THEMSELVES WITH A CLEAR AND UNOBSTRUCTED VIEW ACROSS FROM THE CONVENIENT STORE AT THE QUICK WAY LOCATED AT 29319 SW 152 AVENUE.

AT 1710 HRS DETECTIVE J. ACEVEDO ADVISED OF A WHITE MALE, WEARING A NEON GREEN LONG SLEEVE SHIRT AND BLUE JEANS LATER IDENTIFIED AS DEFENDANT (MONZON CEJAS, ORLANDO N.) CONDUCTING A HAND TO HAND TRANSACTION WITH ANOTHER WHITE MALE KNOWN TO THESE DETECTIVES AS MILTON, FIGUEROA VEGA. THE DEFENDANT THEN OCCUPIED A... [Continued on Next Page]

HOLD FOR OTHER AGENCY VERIFIED BY:    [ ] HOLD FOR BOND HEARING, DO NOT BOND OUT (Officer Must Appear at Bond Hearing).

I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT.   SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 22 DAY OF APRIL, 2021

| OBTS NUMBER | COMPLAINT/ARREST AFFIDAVIT CONTINUATION | POLICE CASE NO. |
|---|---|---|
| 1314052037 | | PD210422126443 |

| JAIL NO. | COURT CASE NO. |
|---|---|
| 210133138 | F21006985 |

| SPECIAL OPERATION: | X FELONY / WARRANT | MISD | TRAFFIC | JUV | DV | FUGITIVE WARRANT: | MOVES In State | CIV INF Out State | JAIL NO. 210133138 | PMHD NO | COURT CASE NO. F21006985 |

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | DOB (MM/DD/YYYY) |
|---|---|
| MONZON-CEJAS, ORLANDO N | 04/16/1971 |

| CO-DEFENDANT NAME | DOB | IN CUSTODY / AT LARGE | FELONY / DV | JUVENILE / MISDEMEANOR |
|---|---|---|---|---|

| CO-DEFENDANT NAME | DOB | IN CUSTODY / AT LARGE | FELONY / DV | JUVENILE / MISDEMEANOR |
|---|---|---|---|---|

| CHARGES | CHARGE AS: | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | | | | | | | | |

2014 FORD F250 WHITE IN COLOR BEARING THE FL TAG NBVD83. AN INVESTIGATORY STOP WAS CONDUCTED ON SW 288 ST & COLORADO ROAD, UPON APPROACHING THE VEHICLE A STRONG ODOR OF BURNT MARIJUANA WAS EMITTING FROM WITHIN THE VEHICLE. THE DEFENDANT WAS THEN ASKED TO STEP OUT OF THE VEHICLE AND A SEARCH OF THE DEFENDANTS FRONT LEFT POCKET REVEALED TWO CLEAR BLUE BAGGIES CONTAINING A TOTAL OF +/- 1 GRAM OF COCAINE.

THE DEFENDANT WAS ARRESTED AND CHARGED ACCORDINGLY.

THE EVIDENCE WAS IMPOUNDED AT STATION 4 AND FOWARDED TO THE MIAMI-DADE POLICE DEPARTMENTS LAB FOR TESTING.

OFFICERS USING BODY-WORN CAMERA:
REYES, J: Court ID: 030-06133

| HOLD FOR OTHER AGENCY VERIFIED BY | HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing). | I understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles notify Juvenile Division) anytime that my address changes. You need not appear in court, but must comply with the instructions on the reverse side hereof. |
|---|---|---|
| I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT. [signature] ESTEPAN DE LA CRUZ, G: Court ID: 030-07438 | SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 22 DAY OF APRIL, 2021 [signature] ORBEGOSO, L: Court ID: 030-05878 | |