IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

784 INDIGENT
785 NOT INDIGENT

[X] CRIMINAL
[ ] TRAFFIC/MISDEMEANOR
[ ] JUVENILE
[ ] DOMESTIC VIOLENCE

**APPLICATION FOR CRIMINAL INDIGENT STATUS**

CASE NUMBER
F21006985

STATE OF FLORIDA VS.

NO. ORLANDO N MONZON-CEJAS
DEFENDANT/MINOR CHILD

CLOCK IN

JUDGE NAME: Milian          Arraignment Date: ___ 11/1/21

File stamp: 2021 SEP -2 PM 1:00  CLERK, CIRCUIT & COUNTY CTS MIAMI-DADE COUNTY, FL. CIRCUIT CRIMINAL #25   FILE FOR RECORD

[X] I AM SEEKING THE APPOINTMENT OF THE PUBLIC DEFENDER
OR
[ ] I HAVE A PRIVATE ATTORNEY OR AM SELF-REPRESENTED AND SEEK DETERMINATION OF INDIGENT STATUS FOR COSTS

Notice to Applicant: The provisions of a public defender/court appointed lawyer are not free. A judgment and lien may be imposed against all real or personal property you own to pay for legal and other services provided on your behalf or on behalf of the person for whom you are making this application. There is a $50.00 fee for each application filed.

If the application fee is not paid to the Clerk of the Court within 7 days, it will be added to any costs that may be assessed against you at the conclusion of this case. If you are a parent/guardian making this affidavit on behalf of a minor or tax-dependent adult, the information contained in this application must include your income and assets.

1. I have _____ dependents. (Do not include children not living at home and do not include a working spouse or yourself.)

2. I have a take home income of $ 0 paid [ ] weekly [ ] bi-weekly [ ] semi-monthly [ ] monthly [ ] yearly
(Take home income equals salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court ordered support payments)  LOST JOB - WILL APPLY FOR UNEMPLOYMENT BENEFITS

3. I have other income paid [ ] weekly [ ] bi-weekly [ ] semi-monthly [ ] monthly [ ] yearly: (Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")

| Source | Yes/No | | Source | Yes/No |
|---|---|---|---|---|
| Social Security benefits | Yes $ ___ **No** | | Veterans' benefit | Yes $ ___ **No** |
| Unemployment compensation | Yes $ PENDING | | Child support or other regular from family members/spouse | Yes $ ___ **No** |
| Union Funds | Yes $ ___ **No** | | Rental income | Yes $ ___ **No** |
| Workers' compensation | Yes $ ___ **No** | | Dividends or interest | Yes $ ___ **No** |
| Retirement/pensions | Yes $ ___ **No** | | | |
| Trust or gifts | Yes $ ___ **No** | | Other kinds of income not on the list | Yes $ ___ **No** |

4. I have other assets: (Circle "yes" and fill in the value of the property, otherwise circle "No")

| Asset | Yes/No | | Asset | Yes/No |
|---|---|---|---|---|
| Cash | Yes $ ___ **No** | | Savings | Yes $ ___ **No** |
| Bank account(s) | Yes $ ___ **No** | | Stocks/bonds | Yes $ ___ **No** |
| Certificates of deposit or Money market accounts | Yes $ ___ **No** | | Equity in Real estate (excluding homestead)* *Including expectancy of an interest in such property | Yes $ ___ **No** |
| *Equity in Motor vehicles/Boats/ Other tangible property* | Yes $ ___ **No** | | | |

5. I have a total amount of liabilities and debts in the amount of $ _____

6. I receive: (Circle "Yes" or "No")
   Temporary Assistance for Needy Families-Cash Assistance ........... Yes **No**
   Poverty-related veterans' benefits ........... Yes **No**
   Supplemental Security Income (SSI) ........... Yes **No**

7. I have been released on bail in the amount of $ 1200 Cash ___ Surety ✓ Posted by: [ ] Self [ ] Family [X] Other

EXHIBIT 3