Was there an employee manual given to employees prior to 2017?

How was the employee manual handed to existing employees in 2017?

Is there a number or company (like Unum) that employees can call for FMLA?