UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23556-BLOOM/OTAZO-REYES

ORLANDO N. MONZON CEJAS,

    Plaintiff,

vs.

DOWNRITE ENGINGEERING CORP.,

    Defendant.

_____/

## **VERDICT FORM**

Do you find from a preponderance of the evidence:

1. That Mr. Monzon was entitled to FMLA leave?

                  Answer Yes or No       _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Mr. Monzon gave Downrite proper notice of his need for leave?

                  Answer Yes or No       _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Downrite failed to notify Mr. Monzon of his FLMA rights?

CASE NO.: 1:21-CV-23556-BLOOM/OTAZO-REYES

Answer Yes or No        _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

4. That Downrite has established its Affirmative Defense that Downrite did not take any action against Plaintiff which would constitute "termination."

Answer Yes or No        _____

Please answer the next question.

5. Do you find that Mr. Monzon should be awarded any damages?

Answer Yes or No        _____

If your answer is "Yes," then in what amount:

$_____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: _____

2