UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23556-BLOOM

ORLANDO N. MONZON CEJAS,

    Plaintiff,

vs.

DOWNRITE ENGINEERING CORP.,

    Defendants.
_____/

## JOINT STIPULATION FOR RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, through their respective undersigned counsel, stipulate to the voluntary dismissal of this action **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012).

Respectfully submitted on this 9th day of February 2023.

| | |
|---|---|
| Brian H. Pollock, Esq. | Diego-Paolo De Pani, Esq. |
| Brian H. Pollock, Esq. (174742) | Diego-Paolo De Pani, Esq. (367280) |
| brian@fairlawattorney.com | General Counsel |
| FAIRLAW FIRM | pdepani@downrite.com |
| 135 San Lorenzo Ave. | 14241 SW 143 Ct. |
| Suite 770 | Miami, FL 33186 |
| Coral Gables, FL 33146 | Tel:   305.232.2340 |
| Tel:   305.230.4884 | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |