UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-23556-BLOOM/Otazo-Reyes

ORLANDO N. MONZON CEJAS,

    Plaintiff,

v.

DOWNRITE ENGINEERING CORP.,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [86] ("Stipulation"), filed on February 9, 2023. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [86]**, is **APPROVED**;
2. The above-styled case is **DISMISSED WITH PREJUDICE**;
3. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;
4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 10, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record